IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EMERGE ENERGY SERVICES, LP, *et al.*,[1] | ) | Case No. 19-11563 (KBO) |
| | ) | |
| Debtors. | ) | Joint Administration Requested |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that the DIP Agent, DIP Lenders, and Prepetition Secured Parties hereby appear by their counsel, Weil, Gotshal & Manges LLP and Pachulski Stang Ziehl & Jones LLP (collectively, "Counsel"). Counsel hereby enters their appearance pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that the undersigned be added to the official mailing matrix and service lists in the above captioned chapter 11 cases. Counsel requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon the DIP Agent, DIP Lenders, and Prepetition Secured Parties through service upon Counsel at the addresses and email addresses set forth below:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Emerge Energy Services LP (2937), Emerge Energy Services GP LLC (4683), Emerge Energy Services Operating LLC (2511), Superior Silica Sands LLC (9889), and Emerge Energy Services Finance Corporation (9875). The Debtors' address is 5600 Clearfork Main Street, Suite 400, Fort Worth, Texas 76109.

| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Matthew S. Barr<br>David N. Griffiths<br>Candace M. Arthur<br>Alexander Condon<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>Email: matt.barr@weil.com<br>　　　　david.griffiths@weil.com<br>　　　　candace.arthur@weil.com<br>　　　　alexander.condon@weil.com | PACHULSKI STANG ZIEHL & JONES LLP<br>Laura Davis Jones<br>Timothy P. Cairns<br>919 N. Market Street, 17th Floor<br>P O Box 8705<br>Wilmington, DE  19899 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email:   ljones@pszjlaw.com<br>　　　　tcairns@pszjlaw.com |

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of the DIP Agent, DIP Lenders, and Prepetition Secured Parties, including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in these cases, or any case, controversy, or adversary proceeding related to these cases, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the movant may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated:  July 16, 2019 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Laura Davis Jones*　　　　　　　　　　<br>Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email:  ljones@pszjlaw.com<br>　　　　tcairns@pszjlaw.com<br><br>and |

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (*pro hac vice* pending)
David N. Griffiths (*pro hac vice* pending)
Candace M. Arthur (*pro hac vice* pending)
Alexander Condon (*pro hac vice* pending)
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: matt.barr@weil.com
   david.griffiths@weil.com
   candace.arthur@weil.com
   alexander.condon@weil.com

*Counsel to DIP Agent, DIP Lenders, and Prepetition Secured Parties*