UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207, LOCKBOX 35
WILMINGTON, DELAWARE 19801
PHONE (302) 573-6491 / FAX (302) 573-6497

| ANDREW R. VARA | T. PATRICK TINKER |
|---|---|
| ACTING UNITED STATES TRUSTEE | ASSISTANT U.S. TRUSTEE |

_____

REQUEST BY THE UNITED STATES TRUSTEE TO THE CLERK OF BANKRUPTCY COURT TO SCHEDULE A SECTION 341(a) MEETING IN A CHAPTER 11 CASE
_____

**ATTENTION: 341(a) NOTICE CLERK - CHAPTER 11**

Pursuant to Section 341(a) of the U.S. Bankruptcy Code, please schedule a meeting of creditors for the following cases:

**DEBTOR**:   Emerge Energy Services LP., *et al.*

**CASE NO:**   19-11563 (KBO)

**DATE:**   Wednesday, August 14, 2019

**TIME:**   2:00 p.m.

**LOCATION:**   J. Caleb Boggs Federal Building
844 King Street
3rd Floor, Room 3209
Wilmington, DE 19801

By: */s/ Juliet Sarkessian*
Juliet Sarkessian, Trial Attorney

Dated:  July 19, 2019

**PLEASE NOTE THAT THE 341(a) MEETING HAS BEEN SCHEDULED WITHIN THE TIME REQUIRED BY RULE 2003, FEDERAL RULES OF BANKRUPTCY PROCEDURE.  IF YOU ARE UNABLE TO COMPLY WITH THE NOTICE REQUIREMENT OF THIS RULE, PLEASE ADVISE IMMEDIATELY.**

cc:   John H. Knight, Esquire (Debtors' counsel)