**EXHIBIT C**

Financial Projections