**EXHIBIT D**

Liquidation Analysis