**EXHIBIT E**

Historical Financial Statements