**EXHIBIT F**

Valuation Analysis