**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Emerge Energy Services LP, *et al.* | : | Case No. 19-11563 (KBO) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor(s) | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Trinity Industries Leasing Company.**, Attn: Scott Ewing, 2525 N. Stemmons Freeway, Dallas, TX 75207, Phone: 214-589-6531

2. **The Andersons, Inc. an Ohio Corporation**, Attn: Sean Hankinson, 1947 Briarfield Boulevard, Maumee, OH 43537, Phone: 419-891-6352

3. **Iron Mountain Trap Rock Co.,** Attn: Dale Hoette, 2320 Creve Coeur Mill Road, Maryland Heights, MO 63043, Phone: 314-473-3710, Fax: 319-344-0970

4. **Greenbrier Leasing Company, LLC,** Attn: John Lawrence, One Centerpointe Drive, Suite 200, Lake Oswego, Oregon 97035, Phone: 503-598-3830

5. **BMT Consulting Group, LLC,** Attn: Paul McCarthy, 36 Redwood Drive, Butte, MT 59701, Phone: 406-490-2598


                                                ANDREW R. VARA
                                                Acting United States Trustee, Region 3


                                                /s/ *Juliet Sarkessian* for
                                                T. PATRICK TINKER
                                                ASSISTANT UNITED STATES TRUSTEE

DATED: July 31, 2019

Attorney assigned to this Case: Juliet Sarkessian, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: John Knight, Esq., Phone: 302-651-7700, Fax: 302-651-7701