# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
EMERGE ENERGY SERVICES LP, *et al.*,[1]                      :   Case No. 19-11563 (KBO)
                                                             :
        Debtors.       :   Jointly Administered
                                                             :
                                                             :
                                                             :
------------------------------------------------------------ x

## NOTICE OF RESCHEDULED OMNIBUS HEARING

**PLEASE TAKE NOTICE** that the omnibus hearing previously scheduled in the above-captioned chapter 11 cases for Thursday, September 5, 2019 at 10:00 a.m. (Eastern Time) before The Honorable Karen B. Owens, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801 (the "Bankruptcy Court") has been rescheduled by the Bankruptcy Court, and will now commence at **11:00 a.m. (Eastern Time) on Monday, September 9, 2019**.  All matters previously scheduled to be heard on September 5, 2019 at 10:00 a.m. (Eastern Time) will now be heard on **September 9, 2019 at 11:00 a.m. (Eastern Time)**.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Emerge Energy Services LP (2937), Emerge Energy Services GP LLC (4683), Emerge Energy Services Operating LLC (2511), Superior Silica Sands LLC (9889), and Emerge Energy Services Finance Corporation (9875).  The Debtors' address is 5600 Clearfork Main Street, Suite 400, Fort Worth, Texas 76109.

Dated: September 3, 2019                     /s/   Travis J. Cuomo
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

John H. Knight (No. 3848)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
Travis J. Cuomo (No. 6501)
One Rodney Square
920 North King Street
Wilmington, DE  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
E-mail:  knight@rlf.com
        heath@rlf.com
        shapiro@rlf.com
        haywood@rlf.com
        cuomo@rlf.com

*Counsel for Debtors and Debtors-in-Possession*

- and -

**LATHAM & WATKINS LLP**

George A. Davis (admitted *pro hac vice*)
Keith A. Simon (admitted *pro hac vice*)
Hugh K. Murtagh (admitted *pro hac vice*)
Liza L. Burton (admitted *pro hac vice*)
885 Third Avenue
New York, New York 10022
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864
E-mail: george.davis@lw.com
       keith.simon@lw.com
       hugh.murtagh@lw.com
       liza.burton@lw.com

*Proposed Counsel for Debtors*
*and Debtors-in-Possession*