# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :    Chapter 11
                                                             :
EMERGE ENERGY SERVICES LP, *et al.*,[1]                      :    Case No. 19-11563 (KBO)
                                                             :
        Debtors.       :    Jointly Administered
                                                             :
                                                             :
                                                             :
------------------------------------------------------------ x

## NOTICE OF TELEPHONIC HEARING
## SCHEDULED FOR SEPTEMBER 10, 2019 AT 10:30 A.M. (ET)

PLEASE TAKE NOTICE that the United States Bankruptcy Court for the District of Delaware (the "**Court**") has scheduled a telephonic hearing (the "**Telephonic Hearing**") for **September 10, 2019 at 10:30 a.m. (ET)** with respect to the Court's ruling on the *Motion of the Debtors for Entry of an Order (I) Approving the Disclosure Statement, (II) Establishing the Voting Record Date, Voting Deadline and Other Dates, (III) Approving Procedures for Soliciting, Receiving and Tabulating Votes on the Plan and for Filing Objections to the Plan, (IV) Approving the Manner and Forms of Notice and Other Related Documents, and (V) Granting Related Relief* [Docket No. 247] and the proposed form of order related thereto.

PLEASE TAKE FURTHER NOTICE that those parties wishing to participate in the Telephonic Hearing must make arrangements through CourtCall by telephone at 866-582-6878.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Emerge Energy Services LP (2937), Emerge Energy Services GP LLC (4683), Emerge Energy Services Operating LLC (2511), Superior Silica Sands LLC (9889), and Emerge Energy Services Finance Corporation (9875). The Debtors' address is 5600 Clearfork Main Street, Suite 400, Fort Worth, Texas 76109.

| | |
|---|---|
| Dated: September 9, 2019<br>Wilmington, Delaware | /s/   Travis J. Cuomo |

**RICHARDS, LAYTON & FINGER, P.A.**

John H. Knight (No. 3848)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
Travis J. Cuomo (No. 6501)
One Rodney Square
920 North King Street
Wilmington, DE  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
E-mail:  knight@rlf.com
heath@rlf.com
shapiro@rlf.com
haywood@rlf.com
cuomo@rlf.com

- and -

**LATHAM & WATKINS LLP**

George A. Davis (admitted *pro hac vice*)
Keith A. Simon (admitted *pro hac vice*)
Hugh K. Murtagh (admitted *pro hac vice*)
Liza L. Burton (admitted *pro hac vice*)
885 Third Avenue
New York, New York 10022
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864
E-mail: george.davis@lw.com
keith.simon@lw.com
hugh.murtagh@lw.com
liza.burton@lw.com

*Counsel for Debtors and Debtors-in-Possession*