**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| EMERGE ENERGY SERVICES LP, *et al.*,[1] | : | Case No. 19-11563 (KBO) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | |
| | : | |

-------------------------------------------------------- x

## NOTICE OF CANCELLATION OF SEPTEMBER 10, 2019 AT 10:30 A.M. (ET) TELEPHONIC HEARING

PLEASE TAKE NOTICE that the telephonic hearing scheduled to be held in the above-captioned chapter 11 cases on **September 10, 2019 at 10:30 a.m. (ET)** has been cancelled with the permission of the Court.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Emerge Energy Services LP (2937), Emerge Energy Services GP LLC (4683), Emerge Energy Services Operating LLC (2511), Superior Silica Sands LLC (9889), and Emerge Energy Services Finance Corporation (9875). The Debtors' address is 5600 Clearfork Main Street, Suite 400, Fort Worth, Texas 76109.

Dated: September 10, 2019
Wilmington, Delaware

/s/  Brett M. Haywood

**RICHARDS, LAYTON & FINGER, P.A.**

John H. Knight (No. 3848)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
Travis J. Cuomo (No. 6501)
One Rodney Square
920 North King Street
Wilmington, DE  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
E-mail:  knight@rlf.com
          heath@rlf.com
          shapiro@rlf.com
          haywood@rlf.com
          cuomo@rlf.com

- and -

**LATHAM & WATKINS LLP**

George A. Davis (admitted *pro hac vice*)
Keith A. Simon (admitted *pro hac vice*)
Hugh K. Murtagh (admitted *pro hac vice*)
Liza L. Burton (admitted *pro hac vice*)
885 Third Avenue
New York, New York 10022
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864
E-mail: george.davis@lw.com
          keith.simon@lw.com
          hugh.murtagh@lw.com
          liza.burton@lw.com

*Counsel for Debtors and Debtors-in-Possession*