IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| EMERGE ENERGY SERVICES LP, *et al.*,[1] | ) ) ) | Case No. 19-11563 (KBO) |
| Debtors. | ) ) ) ) | (Jointly Administered) Re: Docket No. 423 |

**ORDER SHORTENING NOTICE AND OBJECTION PERIODS FOR DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE SETTLEMENT AGREEMENT AMONG THE DEBTORS AND DI-CORP SAND TRANSLOADING, LP, (II) AUTHORIZING REJECTION OF THE SAND TRANSLOAD AND STORAGE AGREEMENT, AND (III) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion to Shorten**")[2] of the above-captioned debtors and debtors in possession (the "**Debtors**") for the entry of an order (this "**Order**") pursuant to Bankruptcy Rule 9006 and Local Rule 9006-1 scheduling a hearing and shortening the notice period for the *Debtors' Motion for Entry of an Order (I) Approving the Settlement Agreement Among the Debtors and Di-Corp Sand Transloading, LP, (II) Authorizing Rejection of the Sand Transload and Storage Agreement, and (III) Granting Related Relief* (the "**Settlement Motion**"), all as more fully described in the Motion to Shorten; and the Court having jurisdiction to consider the Motion to Shorten and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Emerge Energy Services, LP (2937), Emerge Energy Services GP LLC (4683), Emerge Energy Services Operating LLC (2511), Superior Silica Sands LLC (9889), and Emerge Energy Services Finance Corporation (9875). The Debtors' address is 5600 Clearfork Main Street, Suite 400, Fort Worth, Texas 76109.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to them in the Motion to Shorten.

Court for the District of Delaware dated as of February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of the Motion to Shorten has been given and is sufficient and adequate under the circumstances and that no other or further notice is necessary; and the Court having determined that there is good and sufficient cause to grant the relief in the Motion to Shorten,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is GRANTED as set forth herein.

2. The Settlement Motion shall be heard at the hearing on **October 15, 2019 at 10:00 a.m. (ET)**.

3. Objections, if any, to the relief requested in the Settlement Motion shall be filed and served no later than **October 10, 2019, at 10:00 a.m. (ET)**.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: October 3rd, 2019
Wilmington, Delaware

KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE

2

RLF1 22123966v.3