## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                      :    Chapter 11
                                            :
EMERGE ENERGY SERVICES LP, *et al.*,        :    Case No. 19-11563 (KBO)
                                            :
Debtors.[1]                                 :    (Jointly Administered)
                                            :
                                            :
---------------------------------------------------------- x

### NOTICE OF FILING OF PLAN SUPPLEMENT FOR THE FIRST AMENDED JOINT PREPACKAGED PLAN OF REORGANIZATION FOR EMERGE ENERGY SERVICES LP AND ITS AFFILIATE DEBTORS UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that, as contemplated by the *First Amended Joint Prepackaged Plan of Reorganization for Emerge Energy Services LP and its Affiliate Debtors Under Chapter 11 of the Bankruptcy Code* (as may be amended, modified, or supplemented from time to time, and including all exhibits and supplements thereto, the "**Plan**"), the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") hereby file the plan supplement (the "**Plan Supplement**") with the United Stated Bankruptcy Court for the District of Delaware (the "**Court**").  Capitalized terms used but not defined herein have the meanings set forth in the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Plan Supplement includes six (6) exhibits (in each case, as may be amended, modified, or supplemented from time to time), which are included in this Plan Supplement as follows:

| | |
|---|---|
| **Exhibit 1** | New Warrants Agreement |
| **Exhibit 2** | Exit Facility Term Sheet |
| **Exhibit 3** | Amended/New Organizational Documents |
| **Exhibit 4** | New Board |
| **Exhibit 5** | Assumed Executory Contracts and Unexpired Leases |
| **Exhibit 6** | Litigation Claims |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Emerge Energy Services LP (2937), Emerge Energy Services GP LLC (4683), Emerge Energy Services Operating LLC (2511), Superior Silica Sands LLC (9889), and Emerge Energy Services Finance Corporation (9875). The Debtors' address is 5600 Clearfork Main Street, Suite 400, Fort Worth, Texas 76109.

**PLEASE TAKE FURTHER NOTICE** that these documents remain subject to continuing negotiations in accordance with the terms of the Plan and the Restructuring Support Agreement and the final versions may contain material differences from the versions filed herewith.  For the avoidance of doubt, the parties thereto have not consented to such document as being in final form and reserve all rights in that regard.  The parties reserve all rights to amend, modify, or supplement the Plan Supplement and any of the documents contained therein in accordance with the terms of the Plan and the Restructuring Support Agreement.  To the extent material amendments or modifications are made to any of these documents, the Debtors will file a redline version with the Court prior to the Confirmation Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Plan Supplement is integral to, part of, and incorporated by reference into the Plan.  Please note, however, these documents have not yet been approved by the Court.  If the Plan is confirmed, the documents contained in the Plan Supplement will be approved by the Court pursuant to the order confirming the Plan.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider confirmation of the Plan (the "**Confirmation Hearing**") is scheduled to commence at 1:00 p.m. (prevailing Eastern Time) on October 24, 2019, before the Honorable Karen B. Owens, in the United States Bankruptcy Court for the District of Delaware, located at 824 Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801.  **The Confirmation Hearing may be continued by the Court or by the Debtors without further notice other than by announcement of same in open court and/or by filing and serving a notice of adjournment.**

**PLEASE TAKE FURTHER NOTICE** that the deadline for filing objections to the confirmation of the Plan is **October 11, 2019 at 4:00 p.m. (prevailing Eastern Time)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that the copies of the documents included in the Plan Supplement or the Plan, or any other document filed in the Debtors' Chapter 11 Cases, may be obtained free of charge by contacting the Debtors' Voting and Claims Agent

Kurtzman Carson Consultants LLC, by: (i) calling the Debtors' restructuring hotline at 877-634-7165 (toll-free in US and Canada) or 424-236-7221 (for international callers); (ii) visiting the Debtors' restructuring website at: http://www.kccllc.net/EmergeEnergy (see Tab for Plan and Disclosure Statement); and/or (iii) writing to Emerge Energy Claims Processing Center, c/o Kurtzman Carson Consultants LLC, 222 N. Pacific Coast Highway, Suite 300, El Segundo, CA 90245. You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at: http://www.deb.uscourts.gov or free of charge at http://www.kccllc.net/EmergeEnergy.

Dated: October 4, 2019  　　　／s/ Brett M. Haywood
　　　Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

John H. Knight (No. 3848)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
One Rodney Square
920 North King Street
Wilmington, DE  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
E-mail:  knight@rlf.com
　　　　　heath@rlf.com
　　　　　shapiro@rlf.com
　　　　　haywood@rlf.com

- and -

**LATHAM & WATKINS LLP**

George A. Davis (admitted *pro hac vice*)
Keith A. Simon (admitted *pro hac vice*)
Hugh K. Murtaugh (admitted *pro hac vice*)
Liza L. Burton (admitted *pro hac vice*)
Madeleine C. Parish (admitted *pro hac vice*)
885 Third Avenue
New York, New York 10022
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864
E-mail:  george.davis@lw.com
　　　　　keith.simon@lw.com
　　　　　hugh.murtaugh@lw.com
　　　　　liza.burton@lw.com
　　　　　madeleine.parish@lw.com

*Counsel for Debtors and Debtors-in-Possession*