**Exhibit 2**

**Exit Facility Term Sheet**

## $[100] MILLION SENIOR SECURED ASSET-BASED REVOLVING CREDIT FACILITY

### SUMMARY OF TERMS AND CONDITIONS

This Summary of Terms and Conditions (this "***Term Sheet***") sets forth the principal terms of a proposed Exit Facility (as defined below) to be made available to Emerge Energy Services Operating, LLC and Superior Silica Sands LLC. This Term Sheet was prepared for discussion purposes only and does not constitute an offer, commitment or agreement to provide any financing. Each party referred to herein has no obligation to commence or thereafter continue any negotiations to enter into any definitive agreement.

| | |
|---|---|
| Borrower: | Emerge Energy Services Operating, LLC, a Delaware limited liability company ("***EMES***") and Superior Silica Sands LLC, a Texas limited liability company ("***SSS***" and, together with EMES, each a "***Borrower***" and together the "***Borrowers***"). |
| Guarantors: | Guarantors will include Emerge Energy Services LP, a Delaware limited partnership ("***Holdings***"), and each subsidiary of Holdings that is a guarantor under the Existing Credit Agreement after giving effect to any restructuring by the voluntary cases (the "***Ch 11 Cases***") filed by Holdings and its subsidiaries under Chapter 11 of the Bankruptcy Code in the Bankruptcy Court for the District of Delaware on July 15, 2019 to the extent contemplated by the Chapter 11 Plan related thereto (the "***Ch 11 Plan***") (the "***Subsidiary Guarantors***" and, together with Holdings and the Borrowers, the "***Loan Parties***"), on terms and subject to exceptions consistent with the Documentation Principles (as defined below). |
| Agent: | HPS Investment Partners, LLC ("***HPS***") will act as sole and exclusive administrative agent and collateral agent (in such capacities, the "***Agent***") for the Lenders (as defined below) and, following the Closing Date, other lenders in accordance with the Section below entitled "Assignments and Participations", and will perform the duties and be subject to the requirements customarily associated with each such applicable role. |
| Lenders: | HPS, together with its affiliates and investment funds for which HPS or its affiliates is an "investment manager" or "investment adviser", Oak Hill Advisors and certain investment funds for which Pacific Investment Management Company LLC is an "investment manager" or "investment advisor", or any of their respective affiliated funds, and any of their respective successors and assigns (collectively the "***Lenders***"). |
| Revolving Facility: | A senior secured asset-based revolving credit facility ) in a maximum aggregate principal amount equal to $[100.0] million (the "***Maximum Commitment Amount***") subject to |

A-1

"Availability" below (the "***Revolving Facility***", the revolving commitments thereunder, the "***Revolving Commitments***" and the loans thereunder, the "***Loans***"). Borrowings under the Revolving Facility will be available in U.S. Dollars.

In connection with the Revolving Facility, the Lenders shall make available to the Borrowers Loans, so long as the borrowing request is made not later than 10:00 a.m., New York City time fifteen (15) business days before the date of the proposed borrowing (or such later time as may be reasonably acceptable to the Agent).

The Credit Documentation (as defined below) will include customary limitations on and protections with respect to "defaulting" lenders consistent with the Documentation Principles.

<u>Purpose</u>: The proceeds of the Loans under Revolving Facility will be used (a) on the Closing Date, by the Borrowers to (i) repay in full the obligations owing under that certain Senior Secured Priming and Superpriority Debtor-In-Possession Credit and Security Agreement (the "***DIP Credit Agreement***"), dated as of July 19, 2019, by and among the Loan Parties, the financial institutions party thereto from time to time and HPS as Agent and Collateral Agent and (ii) to fund fees and expenses of the Ch 11 Plan and (b) following the Closing Date, by the Loan Parties for general corporate and working capital purposes.

<u>Availability</u>: Loans under the Revolving Facility will be available (i) on the Closing Date in an aggregate principal amount equal to $50 million to be used in accordance with clause (a) under "Purpose" above and (ii) at any time after the Closing Date and prior to the Revolving Termination Date (as defined below) in a maximum aggregate principal amount equal to the lesser of (x) the Maximum Commitment Amount and (y) (A) until delivery of the Initial Borrowing Base Report (as defined below), $[50] million (the "***Initial Minimum Commitment Amount***") or (B) thereafter, the Borrowing Base (as defined below), as applicable. Until the Revolving Termination Date (as defined below), (i) borrowings under the Revolving Facility shall be in minimum increments of $7.5 million and subject to each of the conditions set forth under "Conditions Precedent to All Credit Events Below" and (ii) after the Closing Date, no more than four (4) drawings may be made under the Revolving Facility. Amounts repaid under the Revolving Facility may be reborrowed.

"***Borrowing Base***" shall mean the sum of (i) 85% of Eligible Receivables; plus (ii) the lesser of (A) 65% of the value of

2

|  |  |
|---|---|
|  | Eligible Inventory consisting of sand and or (B) 85% of the net orderly liquidation value of Eligible Inventory consisting of sand; plus (iii) with respect to Sand Reserves, the lesser of (A) the Sand Reserve Advance Rate multiplied by the Sand Reserve Value and (B) thirty five percent (35%) of the Maximum Revolving Advance Amount; minus (iv) such reserves as Agent may reasonably deem proper and necessary from time to time in the exercise of its Permitted Discretion (each capitalized term in this definition to be defined in a manner consistent with the Existing Credit Agreement). |
| <u>Interest Rates and Fees</u>: | As set forth on <u>Annex I</u> hereto. |
| <u>Default Rate</u>: | Upon the occurrence of any event of default, without further notice, all amounts under the Revolving Facility shall bear interest, from the date of such event of default, after as well as before judgment, at a rate per annum equal to (i) in the case of principal of any loan, 2.00% per annum *plus* the rate otherwise applicable to such loan, or (ii) in the case of any other amount, 2.00% per annum *plus* the rate applicable to ABR loans (the "***Default Rate***"); *provided* that no amount shall be payable to a "defaulting" Lender so long as such Lender shall be a "defaulting" Lender. |
| <u>Letters of Credit</u>: | Letters of credit may be available to be issued under the Revolving Facility up to a maximum sub-limit to be agreed and by an issuer designated by the Borrower and acceptable to the Agent (which issuer shall become a party to the Revolving Facility in its capacity as a letter of credit issuer). For the avoidance of doubt, none of the Lenders shall be required to become a letter of credit issuer and as of the Closing Date, the letter of credit sub-limit shall be $0, which sub-limit may be increased upon the designation of a letter of credit issuer as set forth above. |
| <u>Final Maturity</u>: | The Revolving Facility will mature and terminate on the date that is three (3) years after the Closing Date (the "***Revolving Termination Date***"). |
| <u>Guarantees</u>: | Consistent with the Existing Credit Agreement. |
| <u>Security</u>: | Consistent with the Existing Credit Agreement (all collateral thereunder, the "***Collateral***"), subject to certain exclusions (the "***Excluded Collateral***") to be agreed. |
| <u>Mandatory Prepayments</u>: | Borrowings under the Revolving Facility shall be repaid if borrowings under the Revolving Facility exceed the commitments thereunder. Except as set forth below, amounts mandatorily prepaid may be reborrowed. |

3

|  |  |
|---|---|
|  | Mandatory prepayments of borrowings shall be required (and in the case of clauses (ii) and (ii) below, permanent reductions of the Revolving Commitments): (i) in an amount equal to 100% of the net cash proceeds of all Dispositions, Extraordinary Receipts (each as defined in a manner consistent with the Existing Credit Agreement) and casualty or other insured damages to any Borrower's property or assets, by the Borrowers and their restricted subsidiaries subject to (x) *de minimis* thresholds consistent with the Existing Credit Agreement and (y) reinvestment rights consistent with the Existing Credit Agreement from the Closing Date until the Revolving Termination Date, (ii) in an amount equal to 100% of the net cash proceeds of issuances of debt obligations of the Borrower and its subsidiaries that are not permitted pursuant to the Credit Documentation and (iii) in an amount equal to 100% of the net cash proceeds arising from the issuance or sale by a Loan Party of its stock or stock equivalents.  Amounts mandatorily prepaid pursuant to clauses (ii) and (iii) of this paragraph shall be subject to the Applicable Premium (as defined below). |
| <u>Voluntary Prepayments and Reductions in Commitments</u>: | At any time following the Closing Date and prior to and on the Revolving Termination Date, permanent reductions of the Revolving Commitments (whether voluntary or upon acceleration (automatic or otherwise) of the obligations) and prepayments of borrowings in connection therewith or otherwise will be permitted at any time after the Closing Date (subject to customary notice requirements), in minimum principal amounts to be agreed, without premium or penalty, other than (i) customary breakage payments consistent with the Existing Credit Agreement and (ii) payment of the Applicable Premium (as defined below). |
|  | For purposes hereof "***Applicable Premium***" shall mean, an amount paid to Agent for the benefit of the Lenders, equal to the aggregate outstanding amount of the Revolving Commitments permanently reduced *multiplied* by five percent (5.0%). |
| <u>Credit Documentation</u>: | The definitive documentation for the Revolving Facility (the "***Credit Documentation***") shall, except as otherwise set forth herein, be based on and substantially consistent with that certain Second Amended and Restated Revolving Credit and Security Agreement (the "***Existing Credit Agreement***"), dated as of January 5, 2018, by and among the Loan Parties, the financial institutions party thereto and HPS as Administrative Agent and Collateral Agent, with such modifications thereto to reflect the terms set forth in this Term Sheet, the circumstances related to or in connection with the Ch 11 Cases, the financial condition of the |

4

| | |
|---|---|
| | Borrowers and their business' following emergence from the Ch 11 Cases such other changes to the terms of the Existing Credit Agreement to be mutually agreed between the Borrowers and the Agent, and to reflect administrative agency and operational matters of the Agent (the "***Documentation Principles***"). |
| Representations and Warranties: | Consistent with the Existing Credit Agreement, subject to the Documentation Principles. |
| Conditions Precedent to Closing Date: | The effectiveness of the Revolving Facility and obligation of the Lenders to make Loans on such date (the "Closing Date") shall be subject to the satisfaction of certain conditions consistent with the Documentation Principles. |
| Conditions Precedent to all Credit Events: | (i) Bring down of representations and warranties, (ii) no Default or Event of Default, (iii) pro forma financial covenant compliance and (iv) sufficient "Availability" under the Revolving Facility. |
| Cash Dominion: | Consistent with the Existing Credit Facility, subject to the Documentation Principles. |
| Affirmative Covenants: | Consistent with the Existing Credit Agreement, subject to the Documentation Principles. |
| Reporting Covenants: | Consistent with the Existing Credit Agreement, subject to the Documentation Principles. |
| | The Borrowers shall be required to delivery customary borrowing base reports and certificates consistent with the Existing Credit Agreement; provided, that the first borrowing base report ("***Initial Borrowing Base Report***") shall be required to be delivered by the Borrowers to the Agent within [90] days of the Closing Date. |
| Negative Covenants: | Consistent with those in the Existing Credit Agreement, subject to the Documentation Principles; provided, that (i) no incurrence of debt for borrowed money shall be permitted and (ii) dividends with respect to the preferred shares shall be permitted subject to pro forma liquidity of $[50] million and certain other investments and prepayments of indebtedness shall be subject to a FCCR Test (as defined below) of not less than [2.50:1.00], no Default or Event of Default and pro forma financial covenant compliance. |

| | |
|---|---|
| Financial Covenants:[1] | Commencing with the [first] fiscal quarter following the Closing Date, limited to the following:<br><br>(i) A financial maintenance covenant (the "*Financial Covenant*") of a maximum Total Leverage Ratio of the Borrowers and its subsidiaries of [4.00]:1.00, stepping down to [3.50]:1.00 by June 30, 2020, and stepping down to [3.00]:1.00 by September 30, 2020.<br><br>The Financial Covenant shall be tested on the last day of each fiscal quarter (commencing with the last day of the first full fiscal quarter ended after the Closing Date).<br><br>(ii) A Fixed Charge Coverage Ratio test (the "*FCCR Test*") of not less than [2.00]:1.00, so long as Excess Availability is less than $[50] million.<br><br>The FCCR Test shall be tested on the last day of each fiscal quarter (commencing with the last day of the first full fiscal quarter ended after the Closing Date).<br><br>For purposes of the Credit Documentation, "*Total Leverage Ratio*", "*Consolidated Net Income*", "*Consolidated EBITDA*"[2], "*Fixed Charge Coverage Ratio*", "*Excess Availability*" (and component definitions), and other financial definitions shall be defined in a manner consistent with the Existing Credit Agreement, subject to the Documentation Principles. |
| Events of Default: | Consistent with the Existing Credit Agreement (including with respect to an equity cure), subject to the Documentation Principles. |
| Voting: | Consistent with the Existing Credit Agreement, subject to the Documentation Principles. |
| Cost and Yield Protection: | Consistent with the Existing Credit Agreement, subject to the Documentation Principles. |
| Assignments and Participations: | Consistent with the Existing Credit Agreement, subject to the Documentation Principles. |
| Expenses and Indemnification: | Consistent with the Existing Credit Agreement, subject to the Documentation Principles. |

---

[1] Discuss financial covenants.

[2] Consolidated EBITDA definition to reflect calendarization starting in 4Q19 (three months ended December 31, 2019 multiplied by four, six months ended March 30, 2020 multiplied by two, nine months ended June 30, 2020 multiplied by four thirds, twelves months ended September 30, 2020 thereafter.

6

| | |
|---|---|
| <u>Governing Law and Forum</u>: | New York and Borough of Manhattan, and, to the extent applicable, the Bankruptcy Court. |
| <u>Counsel to the Agent</u>: | Weil, Gotshal & Manges LLP. |

**ANNEX I**

Interest and Fees

| | |
|---|---|
| Interest Rates: | The interest rates under the Revolving Facility will be as follows: |

Revolving Facility

At the Borrower's option, Adjusted LIBOR, *plus* 5.50% or ABR *plus* 4.50%.

Calculation of interest shall be on the basis of the actual days elapsed in a year of 360 days (or 365 or 366 days, as the case may be, in the case of ABR Loans) and interest shall be payable (i) in the case of Adjusted LIBOR loans, at the end of each interest period and (ii) in the case of ABR loans, quarterly in arrears.

ABR is the Alternate Base Rate, [which is the highest of (i) the prime lending rate as set forth on the British Banking Association Telerate Page 5, (ii) the federal funds effective rate from time to time *plus* 0.50%, and (iii) the sum of the one-month LIBOR Rate (after giving effect to any floor) *plus* 1.00%] [; *provided*, that in no event will the Alternate Base Rate at any time be less than [ ]% *per annum*].

Adjusted LIBOR [is the rate (adjusted for statutory reserve requirements for eurocurrency liabilities) at which eurodollar deposits for three months appearing on the Reuters Screen LIBOR01 Page] [; *provided* that in no event will the LIBOR Rate at any time be less than [ ]% *per annum*].

| | |
|---|---|
| Unused Line Fee: | 0.375% per annum on the average daily undrawn portion of the commitments of "non-defaulting" Lenders in respect of the Revolving Facility, payable quarterly in arrears after the Closing Date and upon the termination of the commitments and calculated based on the number of days elapsed in a 360-day year. |
| Closing Fee: | The Borrowers shall pay to each Lender a closing fee (the "***Closing Fee***") in an amount equal to 2.00% of the aggregate amount of the commitments in respect of the Revolving Facility held by such Lender on the Closing Date, which Closing Fee will be fully earned and due and payable on the Closing Date. The Closing Fee may be payable in the form of original issue discount by net funding the Loans made on the Closing Date. |