## Exhibit 4

**New Board**

*To Come*

US-DOCS\111147772.3RLF1 22154794v.1