# Exhibit 5

## Assumed Executory Contracts and Unexpired Leases

# Exhibit 5

## Assumed Executory Contracts and Unexpired Leases

| Contract Counterparty | Debtor | Title of Contract or Lease | Cure Amount |
|---|---|---|---|
| AFCO Credit Corporation | Superior Silica Sands LLC | Commercial Premium Finance Agreement - Promissory Note | $0.00 |
| Aflac Insurance | Emerge Energy Services LP | Payroll Account Acknowledgement | $0.00 |
| Aflac Insurance | Superior Silica Sands LLC | Payroll Account Acknowledgement | $0.00 |
| American Express Travel Related Services Company, Inc. | Emerge Energy Services LP | Corporate Services Commercial Account Agreement | $0.00 |
| American Stock Transfer & Trust Company | Emerge Energy Services LP | Administration Services Agreement | $28,684.44 |
| Ankura Consulting Group, LLC | Emerge Energy Services LP | Letter Agreement | $0.00 |
| Antero Resources Corporation | Superior Silica Sands LLC | Mutual Confidentiality Agreement | $0.00 |
| AP Mezzanine Partners, L.P. | Emerge Energy Services LP | Restructuring Support Agreement | $0.00 |
| Aspen Specialty Insurance | Superior Silica Sands LLC | Commercial General Liability & Environmental Exposures Policy #ERAA9EE19 | $0.00 |
| Aspen Specialty Insurance | Superior Silica Sands LLC | Commercial Environmental Excess Follow Form Declarations | $0.00 |
| Aspen Specialty Insurance | Superior Silica Sands LLC | Commercial Excess Liability Policy Declarations | $0.00 |
| AT Tax Advisory | Emerge Energy Services LP | Service Agreement | $0.00 |
| AT&T | Superior Silica Sands LLC | Service Agreement | $0.00 |
| Atlantic Specialty Insurance Company | Superior Silica Sands LLC | Financial Assurance Bond/Nonmetallic Mining No. 800008776 | $0.00 |
| Atlantic Specialty Insurance Company | Superior Silica Sands LLC | Financial Assurance Bond/Nonmetallic Mining No. 800008775 | $0.00 |
| Avis | Superior Silica Sands LLC | Avis Express Billing Terms of Agreement | $0.00 |
| BDO | Emerge Energy Services LP | Agreement to Provide Services | $0.00 |
| Benefit Strategies, LLC. | Emerge Energy Services LP | Administrative Services Agreement | $0.00 |
| Benefit Strategies, LLC. | Emerge Energy Services LP | Health Saving Account and Premium Conversion Plan | $0.00 |
| CertainTeed Corporation | Superior Silica Sands LLC | Nondisclosure Agreement | $0.00 |
| Certify, Inc. | Emerge Energy Services LP | Sales Order | $616.91 |
| CIT Group/Equipment Financing, INC. | Superior Silica Sands LLC | Nondisclosure Agreement | $0.00 |

| Contract Counterparty | Debtor | Title of Contract or Lease | Cure Amount |
|---|---|---|---|
| Citibank, N.A. | Superior Silica Sands LLC | Escrow Agreement | $0.00 |
| Clay M. Tooke | Emerge Energy Services LP | Disclosure Schedules to Asset Purchase Agreement | $0.00 |
| Clay M. Tooke | Emerge Energy Services LP | Asset Purchase Agreement | $0.00 |
| Coggins Promotional Advertising, Inc. | Emerge Energy Services LP | Online Retail Store & Fulfillment Agreement | $0.00 |
| Elite Workforce Management | Emerge Energy Services LP | Services Outline and Agreement | $0.00 |
| Emerge Energy Services Holdings LLC | Emerge Energy Services LP | Restructuring Support Agreement | $0.00 |
| Eugene L. Davis | Emerge Energy Services LP | Non-Employee Director Compensation | $0.00 |
| Everest Reinsurance Company | Superior Silica Sands LLC | Surety Bond | $0.00 |
| FedEx Corporate Services, LLC. | Emerge Energy Services LP | FedEx Automation Agreement | $2,072.70 |
| Future Fund Board of Guardians | Emerge Energy Services LP | Restructuring Support Agreement | $0.00 |
| Global One Transport, Inc. | Superior Silica Sands LLC | Non Disclosure Agreement | $0.00 |
| Global Resources Engineering, Ltd. | Superior Silica Sands LLC | Confidentiality Agreement | $0.00 |
| Granite Re, Inc. | Superior Silica Sands LLC | Performance Bond No. GRWI25376B | $0.00 |
| H S A Bank | Emerge Energy Services LP | Benefits Services Agreement | $0.00 |
| Hexion, Inc. | Superior Silica Sands LLC | Non Disclosure Agreement | $0.00 |
| Houlihan Lokey | Emerge Energy Services LP | Professional Service Agreement | $0.00 |
| HPS Investment Partners, LLC | Emerge Energy Services LP | Restructuring Support Agreement | $0.00 |
| Hychem, Inc. | Superior Silica Sands LLC | Amendment to Confidentiality Agreement | $0.00 |
| Indiana Public Retirement System | Emerge Energy Services LP | Restructuring Support Agreement | $0.00 |
| Innovation, Science and Economic Development Canada | Emerge Energy Services LP | Trademark Registration | $0.00 |
| Insight Equity (Affiliated Coinvestors) 1 LP | Emerge Energy Services LP | Restructuring Support Agreement | $0.00 |
| Insight Equity (Cayman) 1 LP | Emerge Energy Services LP | Restructuring Support Agreement | $0.00 |
| Insight Equity (Tax Exempt) 1 LP | Emerge Energy Services LP | Restructuring Support Agreement | $0.00 |
| Insight Equity 1 LP | Emerge Energy Services LP | Restructuring Support Agreement | $0.00 |
| James R. and Rebecca Kulig | Emerge Energy Services LP | Landowner Road Use Agreement | $0.00 |
| KCC | Superior Silica Sands LLC | KCC | $0.00 |
| Kelly Family Ventures | Superior Silica Sands LLC | Nondisclosure Agreement | $0.00 |
| Latham & Watkins | Emerge Energy Services LP | Professional Service Agreement | $0.00 |

| Contract Counterparty | Debtor | Title of Contract or Lease | Cure Amount |
|---|---|---|---|
| Legal Shield | Emerge Energy Services LP | Agreement | $0.00 |
| Lerner Enterprises, LLC | Emerge Energy Services LP | Restructuring Support Agreement | $0.00 |
| Liberty Mutual Insurance Company | Superior Silica Sands LLC | Continuation Certificate | $0.00 |
| Liberty Mutual Insurance Company | Superior Silica Sands LLC | License and Permit Bond No. 022044040 | $0.00 |
| Liberty Mutual Insurance Company | Superior Silica Sands LLC | Surety Bond | $0.00 |
| Liberty Mutual Insurance Company | Superior Silica Sands LLC | Surety Bond | $0.00 |
| Master SIF SICAV-SIF | Emerge Energy Services LP | Restructuring Support Agreement | $0.00 |
| Mezzanine Partners III, L.P. | Emerge Energy Services LP | Restructuring Support Agreement | $0.00 |
| MP III Offshore Mezzanine Investments, L.P. | Emerge Energy Services LP | Restructuring Support Agreement | $0.00 |
| MUL Railcars Leasing, LLC. | Superior Silica Sands LLC | Nondisclosure Agreement | $0.00 |
| MUL Railcars, LLC. | Superior Silica Sands LLC | MUL Rail CA_Executed.pdf | $0.00 |
| Mutual of Omaha (MOO) | Superior Silica Sands LLC | Voluntary Life/Basic or Group Life/Short Term Disability | $772.32 |
| Nodus, Inc. | Emerge Energy Services LP | Agreement between Nodus, Inc and Emerge Energy Services | $0.00 |
| OC II LVS III LP | Emerge Energy Services LP | Restructuring Support Agreement | $0.00 |
| OCA OHA Credit Fund LLC | Emerge Energy Services LP | Restructuring Support Agreement | $0.00 |
| OHA AD Customized Credit Fund (International), L.P. | Emerge Energy Services LP | Restructuring Support Agreement | $0.00 |
| OHA BCSS SSD, L.P. | Emerge Energy Services LP | Restructuring Support Agreement | $0.00 |
| OHA Cetre Street Partnership, LP | Emerge Energy Services LP | Restructuring Support Agreement | $0.00 |
| OHA Enhanced Credit Strategies Master Fund, L.P. | Emerge Energy Services LP | Restructuring Support Agreement | $0.00 |
| OHA Finlandia Credit Fund, L.P. | Emerge Energy Services LP | Restructuring Support Agreement | $0.00 |
| OHA MPS SSD, L.P. | Emerge Energy Services LP | Restructuring Support Agreement | $0.00 |
| OHA-CDP ESCF, L.P. | Emerge Energy Services LP | Restructuring Support Agreement | $0.00 |
| Oklahoma Sand LLC. | Superior Silica Sands LLC | Confidentiality Agreement | $0.00 |
| One Beacon (Atlantic Specialty) | Superior Silica Sands LLC | Nondisclosure and Confidentiality Agreement | $0.00 |

| Contract Counterparty | Debtor | Title of Contract or Lease | Cure Amount |
|---|---|---|---|
| Opportune LLP | Superior Silica Sands LLC | Engagement Letter for Valuation Services | $0.00 |
| Oregon Public Employees Retirement Fund | Emerge Energy Services LP | Restructuring Support Agreement | $0.00 |
| Parsley Energy Operations, LLC. | Superior Silica Sands LLC | Nondisclosure Agreement | $0.00 |
| Pioneer Sands, LLC. | Superior Silica Sands LLC | Confidentiality Agreement | $0.00 |
| Pioneer Sands, LLC. | Superior Silica Sands LLC | Nondisclosure Agreement | $0.00 |
| Pricewaterhousecoopers | Superior Silica Sands LLC | Professional Service Agreement | $4,734.58 |
| Richards Layton & Finger | Emerge Energy Services LP | Engagement Letter | $0.00 |
| River Aggregates, LLC. | Superior Silica Sands LLC | Nondisclosure Agreement | $0.00 |
| Service Uniform | Emerge Energy Services LP | Service Agreement - Renewal Act #11303 | $1,270.03 |
| Shook, Hardy & Bacon, LLP | Superior Silica Sands LLC | Engagement Letter | $0.00 |
| SmartChain Solutions, LLC. | Superior Silica Sands LLC | Nondisclosure Agreement | $0.00 |
| Solaris Oilfield Infrastructure, LLC. | Superior Silica Sands LLC | Nondisclosure Agreement | $0.00 |
| Sonoco Petroleum Operating Company LLC | Emerge Energy Services Operating LLC | Purchase Sale Agreement | $0.00 |
| SWN Production Company, LLC. | Superior Silica Sands LLC | Confidentiality Agreement | $0.00 |
| Texas Commission on Environmental Quality | Emerge Energy Services LP | Letter - TCEQ Air Permit for San Antonio | $0.00 |
| The Coca-cola Company Master Retirement Trust | Emerge Energy Services LP | Restructuring Support Agreement | $0.00 |
| The Ultimate Software Group, Inc. | Emerge Energy Services LP | Software Agreement | $0.00 |
| Trinity Industries Leasing Company | Superior Silica Sands LLC | Nondisclosure Agreement | $0.00 |
| Union Pacific Mutual CA | Superior Silica Sands LLC | Confidentiality Agreement | $0.00 |
| VSP Vision | Emerge Energy Services LP | Application for Vision Care Plan | $0.00 |
| Westward Environmental, Inc. | Superior Silica Sands LLC | Nondisclosure Agreement | $0.00 |
| Westward Environmental, Inc. | Emerge Energy Services LP | Proposal for Civil Engineering Services | $4,017.91 |
| William Transier | Emerge Energy Services LP | Non-Employee Director Compensation | $0.00 |
| Willis of New York, Inc. | Emerge Energy Services LP | Business Associate Agreement | $0.00 |
| Zyrka LLC | Emerge Energy Services LP | Hourly IT Services Agreement | $860.00 |
| Deloitte Tax LLP | Superior Silica Sands LLC | Professional Service Agreement | $0.00 |
| Infor-Syteline | Superior Silica Sands LLC | MultiYear Support Commitment | $0.00 |
| Nasdaq | Emerge Energy Services LP | Service Agreement | $0.00 |

| Contract Counterparty | Debtor | Title of Contract or Lease | Cure Amount |
|---|---|---|---|
| Thomson Reuters | Emerge Energy Services LP | Service Agreement - Investor Relations | $0.00 |
| Thomson Reuters | Emerge Energy Services LP | Service Agreement - Other Services | $0.00 |
| VisualLease Software | Superior Silica Sands LLC | Terms of Use for the Client Access Site, Software & Services | $0.00 |
| Aramark Uniform Services | Emerge Energy Services LP | Service Agreement Customer No. 792359032, 792358376 | $1,310.40 |
| BB&T | Superior Silica Sands LLC | Daily Defined Contribution Fee Agreement | $0.00 |
| Red Wing | Superior Silica Sands LLC | Service Agreement | $2,958.60 |
| Robert Half International, Inc. | Emerge Energy Services LP | Customer Agreement for Placement Services | $0.00 |
| United HealthCare Services, Inc. | Emerge Energy Services LP | Billing and Collection Agreement | $0.00 |
| Apptrix Software Agreement | Superior Silica Sands LLC | Software Agreement | $0.00 |
| Avalara | Emerge Energy Services LP | Sales Order Terms and Conditions for Avalara Services | $0.00 |
| BNA Software | Superior Silica Sands LLC | BNA Software Agreement | $0.00 |
| Bridgehead IT, Inc. | Superior Silica Sands LLC | Support Services Agreement | $1,469.62 |
| Coastal Training Technologies Corporation | Superior Silica Sands LLC | Workshop Agreement ID: 0032633192-0ILT | $0.00 |
| Coastal Training Technologies Corporation | Superior Silica Sands LLC | STOP DataPro License Agreement | $0.00 |
| Coastal Training Technologies Corporation | Superior Silica Sands LLC | 1st Amendment to the STOP DataPro License Agreement | $0.00 |
| CoreSpace, Inc | Superior Silica Sands LLC | Service Order Form | $0.00 |
| Donnelley Financial Solutions | Superior Silica Sands LLC | ActiveDisclosure Proposal | $2,351.92 |
| FloQast Software Agreement | Superior Silica Sands LLC | Software Agreement | $0.00 |
| Office 365 | Superior Silica Sands LLC | General Terms and Conditions | $0.00 |
| PrintRX | Emerge Energy Services LP | Maintenance Agreement | $58.94 |
| RSI Logistics, Inc. | Superior Silica Sands LLC | Service Agreement | $33,824.25 |
| Upkeep Software | Superior Silica Sands LLC | Software Agreement | $0.00 |
| US Bank Equipment Finance | Superior Silica Sands LLC | Value Lease Agreement No. 548873 | $0.00 |
| US Bank Equipment Finance | Superior Silica Sands LLC | Value Lease Supplement App No. 2438953 | $0.00 |
| US Bank Equipment Finance | Superior Silica Sands LLC | Value Lease Supplement App No. 2450132 | $0.00 |
| US Bank Equipment Finance | Superior Silica Sands LLC | Value Lease Supplement App No. 2452039 | $0.00 |

| Contract Counterparty | Debtor | Title of Contract or Lease | Cure Amount |
|---|---|---|---|
| Wonderwear Software | Superior Silica Sands LLC | Software Agreement | $0.00 |
| Reynolds Frizzell, LLP | Superior Silica Sands LLC | Engagement Letter | $4,190.00 |
| 1845 Trucking | Superior Silica Sands LLC | Transportation Services Agreement | $0.00 |
| Aggregate Haulers | Superior Silica Sands LLC | Transportation Services Agreement | $0.00 |
| AJ Lopez Trucking | Superior Silica Sands LLC | Transportation Services Agreement | $0.00 |
| Apple Valley Trucking, LLC | Superior Silica Sands LLC | Transportation Services Agreement | $0.00 |
| Badger State Recovery, Inc | Superior Silica Sands LLC | Transportation Services Agreement | $40.00 |
| Bobcat Trucking Inc | Superior Silica Sands LLC | Transportation Services Agreement | $0.00 |
| Brian Nelson Trucking, Inc | Superior Silica Sands LLC | Transportation Services Agreement | $0.00 |
| Canadian National Railway Company | Superior Silica Sands LLC | Binding Memorandum of Understanding | $0.00 |
| Capital Aggregates, Inc. | Superior Silica Sands LLC | Capital Aggregates, Inc. | $45,528.27 |
| Chaplin Trucking LLC | Superior Silica Sands LLC | Transportation Services Agreement | $0.00 |
| Chippewa Valley Grain Transport Inc | Superior Silica Sands LLC | Transportation Services Agreement | $0.00 |
| CIG Logistics | Superior Silica Sands LLC | Letter Agreement | $0.00 |
| CIG Logistics | Superior Silica Sands LLC | Transloading Terms Agreement - San Antonio | $77,486.10 |
| CT Ent of Sand Creek, LLC | Superior Silica Sands LLC | Transportation Services Agreement | $0.00 |
| Dave Michels Grading & Trucking | Superior Silica Sands LLC | Transportation Services Agreement | $0.00 |
| Degerman Trucking | Superior Silica Sands LLC | Transportation Services Agreement | $0.00 |
| Leslie A Smith | Superior Silica Sands LLC | Transportation Services Agreement | $0.00 |
| Monster Services | Superior Silica Sands LLC | Transportation Services Agreement | $0.00 |
| Nordquist Trucking, Inc | Superior Silica Sands LLC | Transportation Services Agreement | $0.00 |
| Norfolk Southern Railway Company | Superior Silica Sands LLC | Transportation Contract REG-NS-C-20371 | $0.00 |
| Northwest Sand Transport, Inc | Superior Silica Sands LLC | Transportation Services Agreement | $0.00 |
| Northwest Sand Transport, Inc | Superior Silica Sands LLC | Transportation Services Agreement | $0.00 |
| Precision Excavating Enterprises, LLC | Superior Silica Sands LLC | Transportation Services Agreement | $0.00 |
| Progressive Rail Inc (dba Wisconsin Northern Railway) | Superior Silica Sands LLC | Amendment #3 to Track and Site Lease | $0.00 |
| Sandman Transit LLC | Superior Silica Sands LLC | Transportation Services | $0.00 |

| Contract Counterparty | Debtor | Title of Contract or Lease | Cure Amount |
|---|---|---|---|
| | | Agreement | |
| Springbrook Express, LLC | Superior Silica Sands LLC | Transportation Services Agreement | $0.00 |
| Toro Express, LLC | Superior Silica Sands LLC | Transportation Services Agreement | $0.00 |
| Transwood | Superior Silica Sands LLC | Transportation Services Agreement | $0.00 |
| Twin Town Sands, LLC | Superior Silica Sands LLC | Transportation Services Agreement | $0.00 |
| Union Pacific Railroad Company | Superior Silica Sands LLC | Rail Transportation Contract | $0.00 |
| United Sand & Materials, LLC. | Superior Silica Sands LLC | Railcar Sublease Agreement | $0.00 |
| Yoder Trucking | Superior Silica Sands LLC | Transportation Services Agreement | $0.00 |
| Rango, Inc. | Superior Silica Sands LLC | Project Quote (San Antonio) | $55,648.60 |
| Barron County | Superior Silica Sands LLC | Amendment to County Highway Repair and Maintenance Agreement | $439.15 |
| Barron County | Superior Silica Sands LLC | County Highway Repair and Maintenance Agreement | $0.00 |
| Barron Electric Cooperative | Emerge Energy Services LP | First Amendment to Electric Service Agreement | $74.99 |
| Caterpillar Financial Services Corp. | Superior Silica Sands LLC | Lease Transaction Number 3529247 | $0.00 |
| Caterpillar Financial Services Corp. | Superior Silica Sands LLC | Lease Transaction Number 3529247 | $5,668.72 |
| Caterpillar Financial Services Corp. | Superior Silica Sands LLC | Lease Transaction Number 3505161 | $8,473.22 |
| Caterpillar Financial Services Corp. | Superior Silica Sands LLC | Lease Transaction Number 3521981 | $0.00 |
| Caterpillar Financial Services Corp. | Superior Silica Sands LLC | Lease Transaction Number 3448784 | $1,442.70 |
| Caterpillar Financial Services Corp. | Superior Silica Sands LLC | Lease Transaction Number 3448783 | $3,246.06 |
| Caterpillar Financial Services Corp. | Superior Silica Sands LLC | Lease Transaction Number 3448780 | $0.00 |
| Caterpillar Financial Services Corp. | Superior Silica Sands LLC | Lease Transaction Number 3448780 | $4,351.59 |
| CIT Group/Equipment Financing, INC. | Superior Silica Sands LLC | Master Net Locomotive Lease | $0.00 |
| CIT Group/Equipment Financing, INC. | Superior Silica Sands LLC | CIT Schedule 5 | $3,255.00 |
| CIT Group/Equipment Financing, INC. | Superior Silica Sands LLC | CIT Schedule 4 | $0.00 |
| CIT Group/Equipment Financing, INC. | Superior Silica Sands LLC | CIT Amendment 1 to Schedule 4 | $3,255.00 |
| Darrell Friesen | Superior Silica Sands LLC | Land Lease Agreement | $0.00 |

| Contract Counterparty | Debtor | Title of Contract or Lease | Cure Amount |
|---|---|---|---|
| Deere Credit, Inc. | Superior Silica Sands LLC | Lease Agreement Application ID 12718663 | $0.00 |
| Deere Credit, Inc. | Superior Silica Sands LLC | Lease Agreement Application ID 12718766 | $0.00 |
| Deere Credit, Inc. | Superior Silica Sands LLC | Co-Lessee Addendum | $0.00 |
| Fastenal Company | Superior Silica Sands LLC | Amendment | $0.00 |
| Fila-Mar Energy Services, LLC. | Superior Silica Sands LLC | Equipment Lease Agreement | $0.00 |
| Herc-U-Lift, Inc. | Superior Silica Sands LLC | Lease Agreement (Forklift Serial Number HHF08CJ00042550 | $5,580.10 |
| John Fabick Tractor Co | Superior Silica Sands LLC | Equipment Purchase Order #TSP139 | $3,327.61 |
| Marabou Energy Management, LLC | Superior Silica Sands LLC | Natural Gas Purchase and Sale Agreement | $0.00 |
| Marabou Energy Management, LLC | Superior Silica Sands LLC | Exhibit A Confirmation (Retail Natural Gas Sales Agreement - Barron) | $0.00 |
| Marabou Energy Management, LLC | Superior Silica Sands LLC | Exhibit A Confirmation (Retail Natural Gas Sales Agreement - Clayton) | $0.00 |
| Marabou Energy Management, LLC | Superior Silica Sands LLC | Exhibit A Confirmation (Retail Natural Gas Sales Agreement - New Auburn) | $0.00 |
| Marabou Superior Pipeline, LLC | Superior Silica Sands LLC | Settlement Agreement | $756,826.26 |
| Nexus Program Management Group, LLC | Emerge Energy Services LP | Services Agreement | $0.00 |
| Nexus Program Management Group, LLC | Emerge Energy Services LP | First Amendment to Request for Services No. 2 by and between Emerge Energy Services LP and Nexus Program Management Group, LLC | $0.00 |
| R&R Scales | Superior Silica Sands LLC | Inspection Service Agreement | $8,930.63 |
| Total Excavating, LLC | Superior Silica Sands LLC | Mining Services Agreement | $0.00 |
| Town of Alma | Superior Silica Sands LLC | Mining Agreement | $0.00 |
| Town of Arland Developers | Superior Silica Sands LLC | Developers Agreement | $0.00 |
| Town of Auburn | Superior Silica Sands LLC | Mining Agreement Between the Town of Auburn and Superior Silica Sand | $0.00 |
| Town of Sioux Creek | Superior Silica Sands LLC | Ordinance Regarding Operation of Nonmetallic Mines | $0.00 |
| Waste Management of WI-MN | Superior Silica Sands LLC | Service Agreement | $200.42 |
| Wells Fargo Vendor Financial Services, LLC | Superior Silica Sands LLC | Power Lease No. 9960528-004 | $543.00 |

| Contract Counterparty | Debtor | Title of Contract or Lease | Cure Amount |
|---|---|---|---|
| Wells Fargo Vendor Financial Services, LLC | Superior Silica Sands LLC | Power Lease No. 9960528-001 | $43.83 |
| Zinsmeyer Air Conditioning & Heating LLC | Superior Silica Sands LLC | ZACH Commercial Maintenance Agreement | $1,334.75 |
| AutoNation Ford Southeast Fort Worth | Superior Silica Sands LLC | Texas Motor Vehicle Lease Agreement | $0.00 |
| BJ Services, LLC. | Superior Silica Sands LLC | Supply Agreement | $0.00 |
| Chesapeake Operating, LLC. | Superior Silica Sands LLC | Master Service and Supply Agreement - Exploration and Production | $0.00 |
| Chesapeake Operating, LLC. | Superior Silica Sands LLC | Scope of Work | $0.00 |
| City of Austin | Superior Silica Sands LLC | Sand Supply Agreement (GA 160000007) | $0.00 |
| City of Austin | Superior Silica Sands LLC | Amendment No. 1 to Contract No. GA 160000007 | $0.00 |
| City of Austin | Superior Silica Sands LLC | Amendment No. 2 of Contract No. GA16000007 | $0.00 |
| Devon Energy, LLC. | Superior Silica Sands LLC | Commercial Terms for Sand Supply | $0.00 |
| Devon Energy, LLC. | Superior Silica Sands LLC | Master Sand Supply Agreement | $0.00 |
| Encana Oil & Gas | Superior Silica Sands LLC | Master Purchasing Agreement | $0.00 |
| EOG Resources, LLC. | Superior Silica Sands LLC | Sand Purchase Agreement | $0.00 |
| EP Energy E&P Company, LP | Superior Silica Sands LLC | Amendment No. 1 to Award Letter EF-WC-17-2277 | $0.00 |
| EP Energy E&P Company, LP | Superior Silica Sands LLC | Award Letter EF-WC-17-2170 | $0.00 |
| EP Energy E&P Company, LP | Superior Silica Sands LLC | Award Letter EF-WC-18-2451 | $0.00 |
| EP Energy E&P Company, LP | Superior Silica Sands LLC | Sand Supply Agreement No. EPEEP-COMP-SA-4812 | $0.00 |
| GTM International, LLC | Superior Silica Sands LLC | Distributor Agreement | $0.00 |
| Hawkwood Energy Operating, LLC | Superior Silica Sands LLC | Sand Supply Agreement | $0.00 |
| Laredo Energy Operating, LLC. | Superior Silica Sands LLC | Master Service Agreement | $0.00 |
| Liberty Oilfield Services, LLC | Superior Silica Sands LLC | Sand Supply Agreement | $0.00 |
| Liberty Oilfield Services, LLC | Superior Silica Sands LLC | First Amendment to Sand Supply Agreement | $0.00 |
| Marathon Oil Company | Superior Silica Sands LLC | Master Major Service and Supply Contract for US Operations No. MSA-0002439 | $0.00 |
| Stevens Tanker Division | Superior Silica Sands LLC | Sand Supply Agreement | $0.00 |

| Contract Counterparty | Debtor | Title of Contract or Lease | Cure Amount |
|---|---|---|---|
| Texas Specialty Sands, LLC. | Superior Silica Sands LLC | Sand Supply Agreement | $0.00 |
| Union Pacific Railroad Company | Superior Silica Sands LLC | Materials Purchase Agreement | $0.00 |
| Universal Pressure Pumping, Inc. | Superior Silica Sands LLC | Amended and Restated Purchase Option Agreement | $0.00 |
| Universal Pressure Pumping, Inc. | Superior Silica Sands LLC | Sand Supply Contract | $0.00 |
| Universal Pressure Pumping, Inc. | Superior Silica Sands LLC | Amended and Restated Purchase Option Agreement | $0.00 |

US-DOCS\111166897.1RLF1 22154806v.1