# Exhibit 6

## Litigation Claims

US-DOCS\111147772.3RLF1 22154794v.1

**Exhibit 6**

**Litigation Claims**

Pursuant to the Debtors' *First Amended Joint Prepackaged Plan of Reorganization for Emerge Energy Services LP and its Affiliate Debtors Under Chapter 11 of the Bankruptcy Code* (the "Plan"),[1] the Debtors previously disclosed their intention to retain Causes of Action in Article X.F of the Plan, as set forth below:

1. Maintenance of Causes of Action

Except as otherwise provided in Article X of the Plan (including, without limitation, and for the avoidance of doubt, the Releases contained in Article X.B and Exculpation contained in Article X.E of the Plan) or elsewhere in the Plan or the Confirmation Order, after the Effective Date, the Reorganized Debtors shall retain all rights to commence, pursue, litigate or settle, as appropriate, any and all Litigation Claims, whether existing as of the Petition Date or thereafter arising, in any court or other tribunal including, without limitation, in an adversary proceeding Filed in the Chapter 11 Cases. The Reorganized Debtors, as the successors-in-interest to the Debtors and the Estates, may, and shall have the exclusive right to, enforce, sue on, settle, compromise, transfer or assign (or decline to do any of the foregoing) any or all of such Litigation Claims without notice to or approval from the Bankruptcy Court.

2. Preservation of All Causes of Action Not Expressly Settled or Released

Except as otherwise expressly provided in the Plan, the Debtors expressly reserve all Causes of Action and Litigation Claims for later adjudication by the Debtors or the Reorganized Debtors (including, without limitation, Causes of Action and Litigation Claims not specifically identified or of which the Debtors may presently be unaware or which may arise or exist by reason of additional facts or circumstances unknown to the Debtors at this time or facts or circumstances that may change or be different from those the Debtors now believe to exist) and, therefore, no preclusion doctrine, including, without limitation, the doctrines of res judicata, collateral estoppel, issue preclusion, claim preclusion, waiver, estoppel (judicial, equitable or otherwise) or laches shall apply to such Causes of Action or Litigation Claims upon or after the Confirmation or Consummation of the Plan based on the Disclosure Statement, the Plan or the Confirmation Order, except in each case where such Causes of Action or Litigation Claims have been expressly waived, relinquished, released, compromised or settled in the Plan (including, without limitation, and for the avoidance of doubt, the Releases contained in Article X.B of the Plan and Exculpation contained in Article X.E of the Plan) or any other Final Order (including, without limitation, the Confirmation Order). In addition, the Debtors and the Reorganized Debtors expressly reserve the right to pursue or adopt any claims alleged in any lawsuit in which any of the Debtors are a plaintiff, defendant or an interested party, against any Person or Entity, including, without limitation, the plaintiffs or co-defendants in such lawsuits.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

1

Notwithstanding and without limiting the generality of <u>Article X.F</u> of the Plan, the specific types of Causes of Action detailed below are expressly preserved by the Debtors and/or the Reorganized Debtors.

In addition, the Debtors prepared and filed with the Court a Creditor Matrix [Docket No. 12]. In addition to the below, to the extent not released pursuant to the Plan, the Debtors expressly retain all claims and Causes of Action against any entity listed in the Creditor Matrix, regardless of whether such entity is set forth below, to the extent such entity or entities owe or may in the future owe money to the Debtors or the Reorganized Debtors.

The below includes entities that are party to or that the Debtors believe may become party to litigation, arbitration or any other type of adversarial proceeding or dispute resolution proceeding, whether formal or informal, judicial or non-judicial. Unless otherwise released by the Plan, the Debtors expressly reserve all Causes of Action against or related to all entities that are party to or that may in the future become party to litigation, arbitration, or any other type of adversarial proceeding or dispute resolution proceeding, whether formal or informal, judicial or non-judicial, including, without limitation, dealers, creditors, customers, employees, utilities, suppliers, vendors, insurers, sureties, factors, lenders, bondholders, lessors or any other parties, regardless of whether such entity is included below.

1. Litigation Claims related to that certain action titled *Superior Silica Sands LLC vs. EP Energy E&P Company LP*, Case No. 201919297-7 filed in the District Court of Harris County, Texas, and any and all proceedings and appeals related thereto.

2. Litigation Claims relating to Sales & Use tax refunds, including, without limitation, those pending with the State of Wisconsin Department of Revenue. The State of Wisconsin Department of Revenue is concurrently conducting an audit of the Debtors' Sales & Use Tax filings for the past four calendar years.

3. Litigation Claims relating to pass-through entity taxes, including, without limitation, those pending with the West Virginia Office of Tax Appeals.

4. Litigation Claims and all Causes of Action in connection with the MSHA Action.

5. Litigation Claims contesting the issuance of citations and any associated fines issued by MSHA related to the fatality at the San Antonio facility currently under appeal with the Federal Mine Safety and Health Review Commission (*Secretary of Labor, Mine Safety and Health Administration v. Superior Silica Sands LLC*, Docket Nos. CENT 2019-0133 and CENT 2019-0171).

6. Litigation Claims and counterclaims that may be asserted against lien claimants in connection with lien disposition, including, without limitation, Litigation Claims and counterclaims related to rights of setoff and contractual breaches.

7. Litigation Claims relating to customer contract breaches under contracts with Universal Pressure Pumping, Inc.