# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EMERGE ENERGY SERVICES, LP, *et al.*[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-11563 (KBO)<br><br>Jointly Administered |
| POWNALL SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SUPERIOR SILICA SANDS LLC, and<br>HPS INVESTMENT PARTNERS, LLC,<br><br>Defendant. | Adversary Proceeding No. 19-50295 (KBO) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 15, 2019 AT 10:00 A.M. (ET)[2]

### I. RESOLVED/ADJOURNED MATTERS:

1. Application of Debtors for Authority to Retain and Employ BDO USA, LLP as Accountant and Auditor for Debtors *Nunc Pro Tunc* to Petition Date [Docket No. 278; filed August 30, 2019]

    Response/Objection Deadline:    September 13, 2019 at 4:00 p.m. (ET)

---

[1] The debtors in these Chapter 11 cases (the "Debtors"), along with the last four digits of each of the Debtors' federal tax identification number, are: Emerge Energy Services LP (2937), Emerge Energy Services GP LLC (4683), Emerge Energy Services Operating LLC (2511), Superior Silica Sands LLC (9889), and Emerge Energy Services Finance Corporation (9875). The Debtors' address is 5600 Clearfork Main Street, Suite 400, Fort Worth, Texas 76109.

[2] The hearing will be before The Honorable Karen B. Owens at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801. Any party who wishes to appear telephonically at such hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (Eastern Time) on Monday, October 14, 2019**, to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*.

Responses/Objections Received:

A. Informal comments from the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee")

Related Documents:

i. Supplemental Declaration of James Wasinger in Support of Application of Debtors for Authority to Retain and Employ BDO USA, LLP as Accountant and Auditor for Debtors *Nunc Pro Tunc* to Petition Date [Docket No. 427; filed October 4, 2019]

ii. Certification of Counsel Regarding Order Authorizing Employment and Retention of BDO USA, LLP as Accountant and Auditor for Debtors *Nunc Pro Tunc* to Petition Date [Docket No. 428; filed October 4, 2019]

iii. Order Authorizing Employment and Retention of BDO USA, LLP as Accountant and Auditor for Debtors *Nunc Pro Tunc* to Petition Date [Docket No. 439; entered October 7, 2019]

Status: On October 7, 2019, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

2. Motion of Iron Mountain Trap Rock Company to Confirm Automatic Stay Does Not Apply to Nondebtor Property, or, in the Alternative, for Relief from, or Annulment of, the Automatic Stay [Docket No. 349; filed September 10, 2019]

Response/Objection Deadline:   September 17, 2019 at 4:00 p.m. (ET); extended to October 8, 2019 at 4:00 p.m. (ET) for the Debtors

Responses/Objections Received:

A. Debtors' Objection to Motion of Iron Mountain Trap Rock Company to Confirm Automatic Stay Does Not Apply to Nondebtor Property, or, in the Alternative, for Relief from, or Annulment of, the Automatic Stay [Docket No. 443; filed October 8, 2019]

Related Documents:

i. Declaration of Bryan M. Gaston in Support of Debtors' Objection to Motion of Iron Mountain Trap Rock Company to Confirm Automatic Stay Does Not Apply to Nondebtor Property, or, in the Alternative, for Relief from, or Annulment of, the Automatic Stay [Docket No. 444; filed October 2, 2019]

2

Status: The hearing on this matter has been adjourned to a date to be determined. The parties intend to agree on a form of scheduling order that will be submitted under certification of counsel.

## II. MATTER FILED UNDER CERTIFICATION:

3. Debtors' Motion for an Order (A) Modifying the Scope of Retention of Ankura Consulting Group, LLC *Nunc Pro Tunc* to August 19, 2019 and (B) Granting Related Relief [Docket No. 391; filed September 20, 2019]

    Response/Objection Deadline:    October 4, 2019 at 4:00 p.m. (ET)

    Responses/Objections Received:

    A.    Informal comments from the U.S. Trustee

    Related Documents:

    i.    Certification of Counsel Regarding Debtors' Motion for an Order (A) Modifying the Scope of Retention of Ankura Consulting Group, LLC *Nunc Pro Tunc* to August 19, 2019 and (B) Granting Related Relief [Docket No. 460; filed October 10, 2019]

    Status: On October 10, 2019, the Debtors filed a revised form of final order under certification of counsel in connection with this matter. Accordingly a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

## III. MATTER GOING FORWARD:

4. Debtors' Motion for Entry of an Order (I) Approving the Settlement Agreement Among the Debtors and Di-Corp Sand Transloading LP, (II) Authorizing Rejection of the Sand Transload and Storage Agreement, and (III) Granting Related Relief [Docket No. 422; filed October 2, 2019]

    Response/Objection Deadline:    October 10, 2019 at 10:00 a.m. (ET)

    Responses/Objections Received:    None at this time.

    Related Documents:

    i.    Motion to Shorten Notice and Objection Periods for Debtors' Motion for Entry of an Order (I) Approving the Settlement Agreement Among the Debtors and Di-Corp Sand Transloading LP, (II) Authorizing Rejection of the Sand Transload and Storage Agreement, and (III) Granting Related Relief [Docket No. 423; filed October 2, 2019]

3

    ii. Order Shortening Notice and Objection Periods for Debtors' Motion for Entry of an Order (I) Approving the Settlement Agreement Among the Debtors and Di-Corp Sand Transloading LP, (II) Authorizing Rejection of the Sand Transload and Storage Agreement, and (III) Granting Related Relief [Docket No. 426; entered October 3, 2019]

    iii. Notice of Filing of Executed Settlement Agreement Regarding the Debtors' Motion for Entry of an Order (I) Approving the Settlement Agreement Among the Debtors and Di-Corp Sand Transloading LP, (II) Authorizing Rejection of the Sand Transload and Storage Agreement, and (III) Granting Related Relief [Docket No. 452; filed October 9, 2019]

Status: The Debtors have not received any objections, either formal or informal, with respect to this motion and intend to submit an order under certification prior to the hearing.

## IV. PRETRIAL CONFERENCE IN ADV. 19-50295:

5. Complaint [Docket No. 225/Adv. Docket No. 1; filed August 16, 2019]

    Response/Objection Deadline: September 16, 2019 at 4:00 p.m. (ET)

    Responses/Objections Received: None at this time.

    Related Documents:

    i. Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Docket No. 3; filed August 16, 2019]

    ii. Superior Silica Sands LLC's Answer and Affirmative Defenses to Plaintiff's Complaint [Adv. Docket No. 10; filed September 16, 2019]

    iii. HPS Investment Partners, LLC's Answer and Affirmative Defenses [Adv. Docket No. 11; filed September 16, 2019]

Status: The pretrial conference in this adversary proceeding will go forward.

RLF1 22160036v.1

| | |
|---|---|
| Dated: October 10, 2019<br>Wilmington, Delaware | /s/ Brett M. Haywood |

**RICHARDS, LAYTON & FINGER, P.A.**

John H. Knight (No. 3848)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
Travis J. Cuomo (No. 6501)
One Rodney Square
920 North King Street
Wilmington, DE  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
E-mail:  knight@rlf.com
           heath@rlf.com
           shapiro@rlf.com
           haywood@rlf.com
           cuomo@rlf.com

- and -

**LATHAM & WATKINS LLP**

George A. Davis (admitted *pro hac vice*)
Keith A. Simon (admitted *pro hac vice*)
Hugh K. Murtagh (admitted *pro hac vice*)
Liza L. Burton (admitted *pro hac vice*)
885 Third Avenue
New York, New York 10022
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864
E-mail: george.davis@lw.com
           keith.simon@lw.com
           hugh.murtagh@lw.com
           liza.burton@lw.com

*Counsel for Debtors and Debtors-in-Possession*