IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EMERGE ENERGY SERVICES LP, *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 19-11563 (KBO)<br>)<br>) (Jointly Administered)<br>)<br>) Re: Docket No. 408 |

**CERTIFICATE OF NO OBJECTION REGARDING FIRST MONTHLY APPLICATION OF POTTER ANDERSON & CORROON LLP FOR COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF EMERGE ENERGY SERVICES LP, *ET AL.*, FOR THE PERIOD JULY 30, 2019 THROUGH AUGUST 31, 2019**

The undersigned hereby certifies that he has received no answer, objection or any other responsive pleading with respect to the *First Monthly Application of Potter Anderson & Corroon LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Delaware Counsel to the Official Committee of Unsecured Creditors of Emerge Energy Services LP, et al., for the Period July 30, 2019 through August 31, 2019* [Docket No. 408] (the "Application") of Potter Anderson & Corroon LLP (the "Applicant"). The undersigned further certifies that he has reviewed the Court's docket in this case and no formal answer, objection or other response to the Application appears thereon.[2] The Application was filed with the Court on the date listed on **Exhibit A**.

Pursuant to the *Order under 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016(a) and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Emerge Energy Services LP (2937), Emerge Energy Services GP LLC (4683), Emerge Energy Services Operating LLC (2511), Superior Silica Sands LLC (9889), and Emerge Energy Services Finance Corporation (9875). The Debtors' address is 5600 Clearfork Main Street, Suite 400, Fort Worth, Texas 76109.

[2] Pursuant to the Interim Compensation Order (as that term is defined herein), parties have twenty (20) days after the date of service to object to the Application.

IMPAC 6446630v.1

*of Professionals* [Docket No. 155] (the "Interim Compensation Order") entered August 9, 2019, the Debtors are authorized and directed to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this Certificate of No Objection without the need for entry of a Court order approving the Application.

Dated:  October 16, 2019
        Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

*/s/ Aaron H. Stulman*
Jeremy W. Ryan (DE Bar No. 4057)
Christopher M. Samis (DE Bar No. 4909)
L. Katherine Good (DE Bar No. 5101)
Aaron H. Stulman (DE Bar No. 5807)
1313 North Market Street, Sixth Floor
Wilmington, DE  19801
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192
Email:  jryan@potteranderson.com
        csamis@potteranderson.com
        kgood@potteranderson.com
        astulman@potteranderson.com

-and-

**KILPATRICK TOWNSEND & STOCKTON LLP**
Todd C. Meyers (admitted *pro hac vice*)
David M. Posner (admitted *pro hac vice*)
Kelly Moynihan (admitted *pro hac vice*)
The Grace Building
1114 Avenue of the Americas
New York, NY  10036
Telephone:  (212) 775-8700
Facsimile:  (212) 775-8800
Email:  tmeyers@kilpatricktownsend.com
        dposner@kilpatricktownsend.com
        kmoynihan@kilpatricktownsend.com

-and-

**KILPATRICK TOWNSEND & STOCKTON LLP**
Lenard M. Parkins (admitted *pro hac vice*)
700 Louisiana Street, Suite 4300
Houston, TX  77002
Telephone:  (281) 809-4100
Facsimile:  (281) 929-0797
Email:  lparkins@kilpatricktownsend.com

*Counsel to the Official Committee of Unsecured Creditors of Emerge Energy Services LP, et al.*