IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                              :    Chapter 11
                                                    :
EMERGE ENERGY SERVICES LP, *et al.*,[1]             :    Case No. 19-11563 (KBO)
                                                    :
        Debtors.                                :    Jointly Administered
                                                    :
                                                    :
                                                    :
------------------------------------------------------------ x

### NOTICE OF RESCHEDULED CONFIRMATION HEARING

**PLEASE TAKE NOTICE** that the hearing to consider confirmation (the "**Confirmation Hearing**") of the *First Amended Joint Plan of Reorganization for Emerge Energy Services LP and its Affiliate Debtors Under Chapter 11 of the Bankruptcy Code* [Docket No. 362], previously scheduled in the above-captioned chapter 11 cases for Thursday, October 24, 2019 at 1:00 p.m. (Eastern Time) before The Honorable Karen B. Owens, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "**Bankruptcy Court**"), 6th Floor, Courtroom No. 1, has been rescheduled by the Bankruptcy Court, and will now commence at **9:30 a.m. (Eastern Time) on Wednesday, October 30, 2019**, at the **Bankruptcy Court, 6th Floor, Courtroom No. 2**.

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Emerge Energy Services LP (2937), Emerge Energy Services GP LLC (4683), Emerge Energy Services Operating LLC (2511), Superior Silica Sands LLC (9889), and Emerge Energy Services Finance Corporation (9875).  The Debtors' address is 5600 Clearfork Main Street, Suite 400, Fort Worth, Texas 76109.

| | |
|---|---|
| Dated: October 21, 2019<br>Wilmington, Delaware | /s/   *Travis J. Cuomo* |

**RICHARDS, LAYTON & FINGER, P.A.**

John H. Knight (No. 3848)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
Travis J. Cuomo (No. 6501)
One Rodney Square
920 North King Street
Wilmington, DE  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
E-mail:  knight@rlf.com
            heath@rlf.com
            shapiro@rlf.com
            haywood@rlf.com
            cuomo@rlf.com

- and -

**LATHAM & WATKINS LLP**

George A. Davis (admitted *pro hac vice*)
Keith A. Simon (admitted *pro hac vice*)
Hugh K. Murtagh (admitted *pro hac vice*)
Liza L. Burton (admitted *pro hac vice*)
885 Third Avenue
New York, New York 10022
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864
E-mail: george.davis@lw.com
            keith.simon@lw.com
            hugh.murtagh@lw.com
            liza.burton@lw.com

*Counsel for Debtors and Debtors-in-Possession*