**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
----------------------------------------------------------- x
In re:                                                      :    Chapter 11
                                                            :
EMERGE ENERGY SERVICES LP, et al.,¹                         :    Case No. 19-11563 (KBO)
                                                            :
            Debtors.                                        :    Jointly Administered
                                                            :
                                                            :
                                                            :
----------------------------------------------------------- x
```

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 12, 2019 AT 4:00 P.M. (ET)[2]**

**I.    MATTER GOING FORWARD:**

1. Debtors' Motion for Entry of an Order Under 11 U.S.C. §§ 105(a), 362(d), and 364(c), Fed. R. Bankr. P. 4001 and Local Rule 4001-2 Authorizing the Debtors to Enter into the New Insurance Premium Finance Agreement with Aon Premium Finance and First Insurance Funding, a Division of Lake Forest Bank & Trust Company, N.A. [Docket No. 679; filed December 10, 2019]

   Response/Objection Deadline:     At the hearing.

   Responses/Objections Received:   None at this time.

   Related Documents:

   i.   Debtors' Motion for Entry of an Order Under 11 U.S.C. §§ 105(a), Fed. R. Bankr. P. 9006(c)(1) and Local Rules 9006-1(c) and 9006-1(e) Shortening

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Emerge Energy Services LP (2937), Emerge Energy Services GP LLC (4683), Emerge Energy Services Operating LLC (2511), Superior Silica Sands LLC (9889), and Emerge Energy Services Finance Corporation (9875). The Debtors' address is 5600 Clearfork Main Street, Suite 400, Fort Worth, Texas 76109.

[2] The hearing will be before The Honorable Karen B. Owens at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801. Any party who wishes to appear telephonically at such hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (Eastern Time) on Wednesday, December 11, 2019**, to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.*

       the Notice and Objection Periods for the Premium Financing Motion [Docket No. 680; filed December 10, 2019]

ii.     Order Under 11 U.S.C. §§ 105(a), Fed. R. Bankr. P. 9006(c)(1) and Local Rules 9006-1(c) and 9006-1(e) Shortening the Notice and Objection Periods for the Premium Financing Motion Shortening the Notice and Objection [Docket No. 681; filed December 10, 2019]

<u>Status</u>: The hearing on this matter will go forward.

| | |
|---|---|
| Dated: December 10, 2019<br>Wilmington, Delaware | */s/ Brett M. Haywood* |

**RICHARDS, LAYTON & FINGER, P.A.**

John H. Knight (No. 3848)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
Travis J. Cuomo (No. 6501)
One Rodney Square
920 North King Street
Wilmington, DE  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
E-mail:  knight@rlf.com
    heath@rlf.com
    shapiro@rlf.com
    haywood@rlf.com
    cuomo@rlf.com

- and -

**LATHAM & WATKINS LLP**

George A. Davis (admitted *pro hac vice*)
Keith A. Simon (admitted *pro hac vice*)
Hugh K. Murtagh (admitted *pro hac vice*)
Liza L. Burton (admitted *pro hac vice*)
Madeleine C. Parish (admitted *pro hac vice*)
885 Third Avenue
New York, New York 10022
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864
E-mail: george.davis@lw.com
    keith.simon@lw.com
    hugh.murtagh@lw.com
    liza.burton@lw.com
    madeleine.parish@lw.com

*Counsel for Debtors and Debtors-in-Possession*