# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| EMERGE ENERGY SERVICES LP, *et al.*,[1] | ) Case No. 19- 11563 (KBO) <br> ) Jointly Administered |
| Debtors. | ) <br> ) |
|  | ) **Re: Docket No. 650** |

## NOTICE OF WITHDRAWAL OF OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION OF DEBTORS FOR AN ORDER EXTENDING THE EXCLUSIVITY PERIODS TO FILE AND SOLICIT ACCEPTANCES OF A CHAPTER 11 PLAN AND GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that on November 21, 2019, The Official Committee of Unsecured Creditors of the above-captioned debtors and debtors in possession (the "Committee") filed the *Objection of the Official Committee of Unsecured Creditors to Motion of Debtors for an Order Extending the Exclusivity Periods to File and Solicit Acceptances of a Chapter 11 Plan and Granting Related Relief* [D.I. 650] (the "Objection").

**PLEASE TAKE FURTHER NOTICE** that the Committee hereby withdraws the Objection without prejudice.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Emerge Energy Services LP (2937), Emerge Energy Services GP LLC (4683), Emerge Energy Services Operating LLC (2511), Superior Silica Sands LLC (9889), and Emerge Energy Services Finance Corporation (9875). The Debtors' address is 5600 Clearfork Main Street, Suite 400, Fort Worth, Texas 76109.

IMPAC 6504860v.1

| | |
|---|---|
| Dated:  December 12, 2019<br>　　　　Wilmington, Delaware | **POTTER ANDERSON & CORROON LLP**<br><br>*/s/ L. Katherine Good*　　　　　　　　　<br>Jeremy W. Ryan (DE Bar No. 4057)<br>Christopher M. Samis (DE Bar No. 4909)<br>L. Katherine Good (DE Bar No. 5101)<br>Aaron H. Stulman (DE Bar No. 5807)<br>D. Ryan Slaugh (DE Bar No. 6325)<br>1313 North Market Street, Sixth Floor<br>Wilmington, DE  19801<br>Telephone:  (302) 984-6000<br>Facsimile:  (302) 658-1192<br>Email: jryan@potteranderson.com<br>　　　　csamis@potteranderson.com<br>　　　　kgood@potteranderson.com<br>　　　　astulman@potteranderson.com<br>　　　　rslaugh@potteranderson.com<br><br>-and-<br><br>**KILPATRICK TOWNSEND & STOCKTON LLP**<br>Todd C. Meyers (admitted *pro hac vice*)<br>David M. Posner (admitted *pro hac vice*)<br>Kelly Moynihan (admitted *pro hac vice*)<br>The Grace Building<br>1114 Avenue of the Americas<br>New York, NY  10036<br>Telephone:  (212) 775-8700<br>Facsimile:  (212) 775-8800<br>Email:  tmeyers@kilpatricktownsend.com<br>　　　　 dposner@kilpatricktownsend.com<br>　　　　 kmoynihan@kilpatricktownsend.com<br><br>-and-<br><br>**KILPATRICK TOWNSEND & STOCKTON LLP**<br>Lenard M. Parkins (admitted *pro hac vice*)<br>700 Louisiana Street, Suite 4300<br>Houston, TX  77002<br>Telephone:  (281) 809-4100<br>Facsimile:  (281) 929-0797<br>Email:  lparkins@kilpatricktownsend.com<br><br>*Counsel to the Official Committee of Unsecured Creditors of Emerge Energy Services LP, et al.* |

IMPAC 6504860v.1