# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| EMERGE ENERGY SERVICES LP, *et al.*,[1] | : | Case No. 19-11563 (KBO) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On or before January 9, 2020, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via First Class Mail upon the service lists attached hereto as **Exhibit A and Exhibit B**:

- **Notice of Entry of Order Confirming the Modified Second Amended Joint Plan of Reorganization for Emerge Energy Services LP and its Affiliate Debtors Under Chapter 11 of the Bankruptcy Code** [Docket No. 725]

Furthermore, on or before January 9, 2020, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail to the parties on the service list attached hereto as **Exhibit C**:

*(Continued on Next Page)*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Emerge Energy Services LP (2937), Emerge Energy Services GP LLC (4683), Emerge Energy Services Operating LLC (2511), Superior Silica Sands LLC (9889), and Emerge Energy Services Finance Corporation (9875). The Debtors' address is 5600 Clearfork Main Street, Suite 400, Fort Worth, Texas 76109.

- **Notice of Effective Date of the Modified Second Amended Joint Plan of Reorganization for Emerge Energy Services LP and its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code and (II) Deadline for the Filing of Administrative Claims Against the Debtors** [Docket No. 733]

Dated: January 10, 2020

_____
Heather Fellows

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 10th day of January, 2020, by Heather Fellows, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE PARANHOS
Notary Public – California
Los Angeles County
Commission # 2210581
My Comm. Expires Aug 19, 2021

# Exhibit A

**Exhibit A**

Served via First Class Mail

| COMPANY | CONTACT | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Phillip Capital Inc | Steven Milcarek | 141 W Jackson Blvd Ste 1531A | Chicago | IL | 60604-3121 |

# Exhibit B

**Exhibit B**
Creditor Matrix
Served via First Class Mail

| COMPANY | CONTACT | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Advanced Wastewater Systems LLC | | 12839 30th Ave | Chippewa Fls | WI | 54729-6347 |
| Alex Sauceda | | 6545 N US Highway 281 | Pleasanton | TX | 78064-6479 |
| Associated Distributors, Inc. dba ADI | | 2653 Austin Hwy # 104 | San Antonio | TX | 78218-2049 |
| Brian Yenter | | 3057 Cottage Ln | Chippewa Fls | WI | 54729-5083 |
| Chaseton Ward | | 40878 E County Road 1250 | Keota | OK | 74941-6480 |
| Dale Camen | | 108 W Newton St | Rice Lake | WI | 54868-1653 |
| Daniel Smith | | PO Box 10 | Milam | TX | 75959-0010 |
| Davids Hydro Vac, Inc | Stephanie Chavez | 2320 Leibel St | Saint Paul | MN | 55110-2308 |
| Design Builders & Contractors of Eau Claire, LLC | | E8603 620th Ave | Elk Mound | WI | 54739-9429 |
| Duane Wilke | | 1607 Maple Dr | Rockland | WI | 54653-8037 |
| Dustin Sinclair | | 1445 Mesquite St | Houston | TX | 77093-1038 |
| Erik Wikaryasz | | 210 S Coleman St | Bruce | WI | 54819-9504 |
| FMI Corporation | | 223 S West St Ste 1200 | Raleigh | NC | 27603-4094 |
| Friesen Transfer | | PO Box 14 | Almena | WI | 54805-0014 |
| Gene Livingston | | 1012 4th St | Chetek | WI | 54728-8950 |
| Gerald Krech | | 229 N Mill St Apt 4 | Barron | WI | 54812-1079 |
| Gerramy Reese | | 387A State Highway 7 W | Kosse | TX | 76653-3530 |
| Hehli-Vold Corporation dba Value Implement | | E6121 563rd Ave | Menomonie | WI | 54751-5762 |
| James Edstrom | | 1202 18th St | Barron | WI | 54812-8731 |
| Joseph Kulovitz | | 3682 James Hill Ter | Hoover | AL | 35226-4716 |
| Kevin Balberde | | 1410 Frances Ave | Pleasanton | TX | 78064-2020 |
| Kevin Leair | | 1776 18 1/2 St | Rice Lake | WI | 54868-8510 |
| Kyle Richardson | | PO Box 2095 | Trinity | TX | 75862-2095 |
| Lechleitner Builders, Inc | | W7787 N Yager Ct | Conrath | WI | 54731-5001 |
| Lucas LaVick | | 2727 28 1/8 St | Birchwood | WI | 54817-2020 |
| Matthew Fink | | 1471 Berdan St Trlr 23 | Cumberland | WI | 54829-9545 |
| Over the Road Transport | Lou R McDonald | 2321 20th St | Elk Mound | WI | 54739-4048 |
| Over the Road Transport | | 2321 20th St | Elk Mound | WI | 54739-4048 |
| Phillip A. Larson | The Phillip A Larson Trust | 1330 Hunter Hill Dr | Hammond | WI | 54015-9687 |
| Phillip A. Larson | | 1330 Hunter Hill Dr | Hammond | WI | 54015-9687 |
| River Valley Architects, Inc | Cheryl Peotter | 3300 Birch St Ste 1A | Eua Claire | WI | 54703-2297 |
| Roy Wiggins | | 26112 Upton Crk | San Antonio | TX | 78260-2407 |

In re Emerge Energy Services, LP, et al.
Case No. 19-11563 (KBO)

**Exhibit B**

Creditor Matrix

Served via First Class Mail

| COMPANY | CONTACT | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Samuel Looper | | 101 Ethan Dr | Hudson Oaks | TX | 76087-3655 |
| Stewart & Stevenson | Ron Schilling | PO Box 2968 | Houston | TX | 77252-2968 |
| The Harding Group, LLC | | PO Box 309 | Baileys Hbr | WI | 54202-0309 |
| Tyler Moltzan | | E5523 County Road D | Menomonie | WI | 54751-5922 |
| William J Bowen | | 735 S Piety St | Ellsworth | WI | 54011-9179 |
| William Wilson | | 131 N Water St Unit A | Pleasanton | TX | 78064-3456 |

In re Emerge Energy Services, LP, et al.
Case No. 19-11563 (KBO)

Page 2 of 2

# Exhibit C

**Exhibit C**

Creditor Matrix

Served via First Class Mail

| COMPANY | CONTACT | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Dale Camen | | 108 W Newton St | Rice Lake | WI | 54868-1653 |
| Design Builders & Contractors of Eau Claire, LLC | | E8603 620th Ave | Elk Mound | WI | 54739-9429 |
| Duane Wilke | | 1607 Maple Dr | Rockland | WI | 54653-8037 |
| Eric Wikaryasz | | 210 S Coleman St | Bruce | WI | 54819-9504 |
| Erik Newhouse | | 412 W Evans St | Rice Lake | WI | 54868-1535 |
| Gene Livingston | | 1012 4th St | Chetek | WI | 54728-8950 |
| Gerald Krech | | 229 W Mill St Apt 4 | Barron | WI | 54812-1079 |
| Gerramy Reese | | 387A State Highway 7 W | Kosse | TX | 76653-3530 |
| Hehli-Vold Corporation dba Value Implement | | E6121 563rd Ave | Menomonie | WI | 54751-5762 |
| James Edstrom | | 1202 18th St | Barron | WI | 54812-8731 |
| Kevin Balberde | | 1410 Frances Ave | Pleasanton | TX | 78064-2020 |
| Lucas LaVick | | 2727 28 1/8 St | Birchwood | WI | 54817-2020 |
| Matthew Fink | | 1471 Berdan St Trlr 23 | Cumberland | WI | 54829-9545 |
| Over the Road Transport | Lou R McDonald | 2321 20th ST | Elk Mound | WI | 54739-4048 |
| Phillip A. Larson | The Phillip A Larson Trust | 1330 Hunter Hill Dr | Hammond | WI | 54015-9687 |
| Process Engineering and Equipment Corporation | | 6947 Coal Creek Pkwy SE # 425 | Newcastle | WA | 98059-3136 |
| River Valley Architects, Inc | Cheryl Peotter | 3300 Birch St Ste 1A | Eua Claire | WI | 54703-2297 |
| Roy Wiggins | | 26112 Upton Crk | San Antonio | TX | 78260-2407 |
| Samuel Looper | | 101 Ethan Dr | Hudson Oaks | TX | 76087-3655 |
| TBS Factory Service, LLC | | PO Box 248920 | Oklahoma City | OK | 73124-8920 |
| The Harding Group, LLC | | PO Box 309 | Baileys Hbr | WI | 54202-0309 |
| William J Bowen | | 735 S Piety St | Ellsworth | WI | 54011-9179 |

In re Emerge Energy Services, LP, et al.

Case No. 19-11563 (KBO)

Page 1 of 1