**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EMERGE ENERGY SERVICES LP, *et al*., | Case No. 19-11563 (KBO) |
| Debtors.[1] | (Jointly Administered) |
| | **Hearing Date: March 12, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 2, 2020 at 4:00 p.m. (ET)** |

**COMBINED FOURTH MONTHLY AND FINAL APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROVINCE,
INC., AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR THE (I) MONTHLY PERIOD FROM
NOVEMBER 1, 2019 THROUGH DECEMBER 20, 2019, AND (II) FINAL
PERIOD FROM AUGUST 2, 2019 THROUGH DECEMBER 20, 2019**

| | |
|---|---|
| Name of Applicant: | Province, Inc. |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | Effective as of August 2, 2019 by order entered on September 4, 2019 |
| Period for which Compensation and Reimbursement is Sought: | Monthly: November 1, 2019 – December 20, 2019<br>Final: August 2, 2019 – December 20, 2019 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | Monthly: $109,029.75<br>Final: $1,431,733.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | Monthly: $4,913.41<br>Final: $36,256.83 |

This is a:       ___ monthly       ___ interim       __X__ final application.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Emerge Energy Services LP (2937); Emerge Energy Services GP LLC (4683); Emerge Energy Services Operating LLC (2511); Superior Silica Sands LLC (9889); and Emerge Energy Services Finance Corporation (9875). The Debtors' address is 5600 Clearfork Main Street, Suite 400, Fort Worth, Texas 76109.

## SUMMARY OF MONTHLY APPLICATIONS

| Date Filed | Period | Fees | Expenses | Fees Paid | Expenses Paid |
|---|---|---|---|---|---|
| 9/25/2019 Doc. 407 | August 2, 2019 - August 31, 2019 | $428,465.25 | $7,898.23 | $428,465.25 | $7,898.23 |
| 11/11/2019 Doc. 631 | September 1, 2019 - September 30, 2019 | $567,596.50 | $15,471.28 | $567,596.50 | $15,471.28 |
| 12/2/2019 Doc. 666 | October 1, 2019 - October 31, 2019 | $326,642.00 | $7,973.91 | $261,313.60 | $7,973.91 |
| [Filed Herein] | November 1, 2019 - December 20, 2019 | $109,029.75 | $4,913.41 | $0.00 | $0.00 |
| | | **$1,431,733.50** | **$36,256.83** | **$1,257,375.35** | **$31,343.42** |

## HOURS BY PERSON

| Name of Professional Individual | First Monthly Application | Second Monthly Application | Third Monthly Application | Fourth Monthly Application | Total Hours |
|---|---|---|---|---|---|
| Paul Huygens, CPA, CFE | 40.9 | 14.0 | 16.9 | 6.2 | 78.0 |
| Edward Kim | 146.5 | 174.8 | 157.6 | 95.6 | 574.5 |
| Jorge Gonzalez, MBA | 116.9 | 120.1 | 74.0 | 15.6 | 326.6 |
| Bill McMahon | | 52.7 | 13.0 | 3.6 | 69.3 |
| Paul Navid | | 55.0 | 66.0 | | 121.0 |
| Michael Martini, MBA | | 91.6 | | | 91.6 |
| Luis Toro | 223.7 | 255.6 | 175.8 | 38.0 | 693.1 |
| Harry Foard | | 21.7 | | | 21.7 |
| Daniel Bui | 234.6 | 204.5 | 116.6 | 37.7 | 593.4 |
| Raul Busto | | 63.1 | | | 63.1 |
| RJ Haskins | 102.0 | 146.0 | 7.8 | | 255.8 |
| **Subtotal** | **864.6** | **1,199.1** | **627.7** | **196.7** | **2,888.1** |
| **Para Professionals** | **First Monthly Application** | **Second Monthly Application** | **Third Monthly Application** | **Fourth Monthly Application** | **Total Hours** |
| Eric Mattson | 3.6 | 5.9 | | 17.0 | 26.5 |
| Vincent Dylastra | 15.7 | 76.4 | 40.1 | 7.8 | 140.0 |
| **Subtotal** | **19.3** | **82.3** | **40.1** | **24.8** | **166.5** |
| | **First Monthly Application** | **Second Monthly Application** | **Third Monthly Application** | **Fourth Monthly Application** | **Total Hours** |
| **Grand Total** | **883.9** | **1,281.4** | **667.8** | **221.5** | **3,054.6** |

2

**COMPENSATION BY PERSON**

| Name of Professional Individual | First Monthly Application | Second Monthly Application | Third Monthly Application | Fourth Monthly Application | Total Compensation |
|---|---|---|---|---|---|
| Paul Huygens, CPA, CFE | $36,810.00 | $12,600.00 | $15,210.00 | $5,580.00 | $70,200.00 |
| Edward Kim | $100,352.50 | $119,738.00 | $107,956.00 | $65,486.00 | $393,532.50 |
| Jorge Gonzalez, MBA | $73,647.00 | $75,663.00 | $46,620.00 | $9,828.00 | $205,758.00 |
| Bill McMahon | | $32,937.50 | $8,125.00 | $2,250.00 | $43,312.50 |
| Paul Navid | | $28,875.00 | $34,650.00 | | $63,525.00 |
| Michael Martini, MBA | | $41,220.00 | | | $41,220.00 |
| Luis Toro | $95,072.50 | $108,630.00 | $74,715.00 | $16,150.00 | $294,567.50 |
| Harry Foard | | $9,222.50 | | | $9,222.50 |
| Daniel Bui | $92,667.00 | $80,777.50 | $46,057.00 | $14,891.50 | $234,393.00 |
| Raul Busto | | $23,662.50 | | | $23,662.50 |
| RJ Haskins | $35,700.00 | $51,100.00 | $2,730.00 | | $89,530.00 |
| **Subtotal** | **$434,249.00** | **$584,426.00** | **$336,063.00** | **$114,185.50** | **$1,468,923.50** |
| **Para Professionals** | **First Monthly Application** | **Second Monthly Application** | **Third Monthly Application** | **Fourth Monthly Application** | **Total Compensation** |
| Eric Mattson | $630.00 | $1,032.50 | | $2,975.00 | $4,637.50 |
| Vincent Dylastra | $2,747.50 | $13,370.00 | $7,017.50 | $1,365.00 | $24,500.00 |
| **Subtotal** | **$3,377.50** | **$14,402.50** | **$7,017.50** | **$4,340.00** | **$29,137.50** |
| | **First Monthly Application** | **Second Monthly Application** | **Third Monthly Application** | **Fourth Monthly Application** | **Total Compensation** |
| **Subtotal** | **$437,626.50** | **$598,828.50** | **$343,080.50** | **$118,525.50** | **$1,498,061.00** |
| **Travel Discount** | **($9,161.25)** | **($31,232.00)** | **($16,438.50)** | **($9,495.75)** | **($66,327.50)** |
| **Grand Total** | **$428,465.25** | **$567,596.50** | **$326,642.00** | **$109,029.75** | **$1,431,733.50** |

3

## HOURS & COMPENSATION BY CATEGORY

| Project Categories | First Monthly Application | Second Monthly Application | Third Monthly Application | Fourth Monthly Application | Total Hours |
|---|---|---|---|---|---|
| Business Analysis / Operations | 620.9 | 671.5 | 265.8 | 55.1 | 1,613.3 |
| Case Administration | 19.4 | 13.4 | 3.8 | | 36.6 |
| Claims Analysis and Objections | 15.4 | 121.0 | 42.4 | | 178.8 |
| Committee Activities | 98.2 | 113.2 | 46.5 | 10.6 | 268.5 |
| Court Filings | 54.8 | 21.0 | 27.2 | 7.8 | 110.8 |
| Court Hearings | | 7.3 | 14.6 | 32.9 | 54.8 |
| Fee/Employment Applications | 10.7 | 21.8 | 18.8 | 31.5 | 82.8 |
| Litigation | | 3.2 | 62.8 | 26.5 | 92.5 |
| Plan and Disclosure Statement | 18.0 | 13.7 | 76.5 | 18.7 | 126.9 |
| Tax Issues | 1.0 | 1.1 | | | 2.1 |
| Financing Activities | 6.7 | 8.5 | 14.1 | | 29.3 |
| Sale Process | 1.9 | 1.1 | | | 3.0 |
| Insurance | 10.2 | 189.2 | 39.5 | 6.5 | 245.4 |
| Travel Time (billed at 50%) | 26.7 | 95.4 | 55.8 | 31.9 | 209.8 |
| **Grand Total** | **883.9** | **1,281.4** | **667.8** | **221.5** | **3,054.6** |

| Project Categories | First Monthly Application | Second Monthly Application | Third Monthly Application | Fourth Monthly Application | Total Compensation |
|---|---|---|---|---|---|
| Business Analysis / Operations | $293,535.00 | $280,251.00 | $119,360.00 | $28,765.00 | $721,911.00 |
| Case Administration | $11,047.00 | $6,761.00 | $1,382.50 | | $19,190.50 |
| Claims Analysis and Objections | $6,565.50 | $53,063.50 | $22,562.50 | | $82,191.50 |
| Committee Activities | $52,047.50 | $52,894.50 | $23,201.50 | $5,919.00 | $134,062.50 |
| Court Filings | $26,552.00 | $7,869.50 | $10,634.50 | $3,777.00 | $48,833.00 |
| Court Hearings | | $4,682.00 | $7,000.00 | $19,327.50 | $31,009.50 |
| Fee/Employment Applications | $5,656.50 | $9,419.00 | $7,915.00 | $10,036.50 | $33,027.00 |
| Litigation | | $2,304.50 | $42,372.50 | $18,152.50 | $62,829.50 |
| Plan and Disclosure Statement | $10,942.00 | $9,258.00 | $43,324.00 | $9,320.00 | $72,844.00 |
| Tax Issues | $685.00 | $693.00 | | | $1,378.00 |
| Financing Activities | $4,584.00 | $5,518.50 | $9,402.00 | | $19,504.50 |
| Sale Process | $1,301.50 | $753.50 | | | $2,055.00 |
| Insurance | $6,388.00 | $102,896.50 | $23,049.00 | $4,236.50 | $136,570.00 |
| Travel Time (billed at 50%) | $9,161.25 | $31,232.00 | $16,438.50 | $9,495.75 | $66,327.50 |
| **Grand Total** | **$428,465.25** | **$567,596.50** | **$326,642.00** | **$109,029.75** | **$1,431,733.50** |

**EXPENSES BY CATEGORY**

| Expense Category | First Monthly Application | Second Monthly Application | Third Monthly Application | Fourth Monthly Application | Total Expenses |
|---|---|---|---|---|---|
| Airfare/Train | $3,830.50 | $9,970.74 | $4,239.53 | $2,079.62 | $20,120.39 |
| Ground Transportation | $510.48 | $1,445.81 | $1,015.83 | $733.83 | $3,705.95 |
| Lodging | $1,318.21 | $2,100.57 | $1,728.24 | $1,378.90 | $6,525.92 |
| Meals | $852.31 | $734.39 | $533.72 | $464.65 | $2,585.07 |
| Telephone/Internet | $136.08 | $270.63 | $135.61 | $47.98 | $590.30 |
| Miscellaneous | $1,250.65 | $949.14 | $320.98 | $208.43 | $2,729.20 |
| **Total Expenses** | **$7,898.23** | **$15,471.28** | **$7,973.91** | **$4,913.41** | **$36,256.83** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| EMERGE ENERGY SERVICES LP, *et al*., | Case No. 19-11563 (KBO) |
| Debtors.[1] | (Jointly Administered) |
| | **Hearing Date: March 12, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 2, 2020 at 4:00 p.m. (ET)** |

**COMBINED FOURTH MONTHLY AND FINAL APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROVINCE,
INC., AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR THE (I) MONTHLY PERIOD FROM
NOVEMBER 1, 2019 THROUGH DECEMBER 20, 2019, AND (II) FINAL
PERIOD FROM AUGUST 2, 2019 THROUGH DECEMBER 20, 2019**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 155], entered on August 9, 2019 (the "Administrative Order"), Province, Inc. ("Province"), financial advisor for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its fourth monthly ("Fourth Monthly Application") and final fee application (the "Final Application"), for compensation and for reimbursement of expenses for:

i.     the period of November 1, 2019 through December 20, 2019 (the "Fourth Monthly Fee Period") in the amount of $109,029.75 in fees and actual and necessary expenses in the amount of $4,913.41 for a total allowance of $113,943.16; and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Emerge Energy Services LP (2937); Emerge Energy Services GP LLC (4683); Emerge Energy Services Operating LLC (2511); Superior Silica Sands LLC (9889); and Emerge Energy Services Finance Corporation (9875). The Debtors' address is 5600 Clearfork Main Street, Suite 400, Fort Worth, Texas 76109.

ii.      the period of August 2, 2019 through December 20, 2019 (the "Final Fee Period") in the amount of $1,431,733.50 in fees and actual and necessary expenses in the amount of $36,256.83 for a total allowance of $1,467,990.33

Pursuant to Local Bankruptcy Rule 2016-2, this Application is supported by the Certification of Edward Kim, which is annexed hereto as Exhibit A.  In support of this Application, Province respectfully represents as follows:

## JURISDICTION AND VENUE

1.      The Court has jurisdiction over this Application pursuant to 28 U.S.C. § 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2) and may be determined by the Bankruptcy Court.

2.      The statutory predicates for the relief requested herein are sections 328, 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2014-1 and 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

## BACKGROUND

3.      On July 15, 2019 (the "Petition Date"), the Debtors filed voluntary petitions with this Court under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to sections 1107(a) and 1108(a) of the Bankruptcy Code.  No trustee or examiner has been appointed in these cases by the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee").

4. On July 31, 2019, the Office of the U.S. Trustee appointed the Committee pursuant to section 1102 of the Bankruptcy Code. The Committee consists of the following five (5) members: (i) Trinity Industries Leasing Company; (ii) The Andersons, Inc.; (iii) Iron Mountain Trap Rock Co.; (iv) Greenbrier Leasing Company, LLC; and (v) BMT Consulting Group, LLC. [D.I. 111].

5. On August 2, 2019, the Committee selected Province as its proposed financial advisor.

6. On August 9, 2019, the Court entered the Administrative Order, authorizing the Committee's professionals ("Professionals") to submit monthly applications for interim compensation and reimbursement of expenses, pursuant to the procedures specified therein. The Administrative Order provides, among other things, that a Professional may file monthly fee applications. If no objections are made within twenty (20) days after service of the monthly fee application, the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses. At three-month intervals or such other intervals convenient to the Court, each Professional shall file and serve an interim application for allowance of the amounts sought in its monthly fee applications for that period. All fees and expenses paid are on an interim basis until final allowance by the Court.

7. The retention of Province, as financial advisor to the Committee, was approved effective as of August 2, 2019, by this Court's *Order Authorizing and Approving the Employment of Province, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of August 2, 2019* [D.I. 303], entered on September 4, 2019 (the "Retention Order"). The Retention Order authorized Province to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

3

### PROVINCE'S APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

### Monthly Fee Applications Covered Herein

8.      The Monthly Fee Applications for the period from August 2, 2019 through October 31, 2019 of Province have been filed and served pursuant to the Administrative Order and are incorporated herein by reference.

9.      The Monthly Fee Applications covered by this Application contain detailed daily time logs describing the actual and necessary services provided by Province during the Final Fee Period, as well as other detailed information required to be included in fee applications.

10.     All services for which Province requests compensation were performed for or on behalf of the Committee.

11.     Province has received no payment and no promises for payment from any source other than the estate for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between Province and any other person other than the employees of Province for the sharing of compensation to be received for services rendered in these cases.  Province has received no retainer in this matter.

### Fourth Monthly Fee Period

12.     Province seeks allowance of compensation and payment for professional services rendered to the Committee during the Fourth Monthly Fee Period in the aggregate amount of $109,029.75 and for reimbursement of expenses incurred in connection with the rendition of such services in the aggregate amount of $4,913.41.

4

13. Attached as Exhibit B is a list of professionals providing services; their respective billing rates; the aggregate hours expended by each professional; a general description of services rendered, summarized by project category; a fee summary; detailed time records with a description of the services performed by each professional and the time expended; and a summary and detail of out-of-pocket expenses incurred.

## Summary of Services

14. The employees of Province who have rendered professional services during the Final Fee Period in these cases are as follows: Paul Huygens, Edward Kim, Jorge Gonzalez, Bill McMahon, Paul Navid, Michael Martini, Luis Toro, Harry Foard, Daniel Bui, Raul Busto, and RJ Haskins.

15. During the Final Fee Period, the Committee relied heavily on the experience and expertise of the above-named persons in dealing with matters described in detail below. As a result, Province's highly skilled restructuring and bankruptcy professionals devoted significant time and effort to perform properly and expeditiously the required professional services.

16. A summary of some of the more significant services rendered by Province during the Final Fee Period follows. This summary is divided according to the project categories used by Province in its billing in these cases. A detailed time log of all tasks performed by Province during the Fourth Monthly Fee Period is set forth on Exhibit B hereto.

### A. Business Analysis / Operations

**Monthly Fees: $28,765.00**      **Monthly Hours: 55.1**

**Final Fees: $721,911.00**      **Final Hours: 1,613.3**

17.     Incorporated within this category is time spent by Province personnel in connection with the evaluation and analysis of certain aspects of the Debtors' business and industry of operation.

18.     Specific services provided by Province during the Final Fee Period include, but are not limited to:

i.      Review financial information and other documents provided by the Debtors and their advisors in the virtual data room;

ii.     Analyzing and corresponding regarding the Debtors' DIP financing budgets;

iii.    Monitoring weekly cash and sales performance versus the aforementioned budgets;

iv.     Analysis of Debtors' operating segments and detailed review of historical and prospective cost structures;

v.      Prepare various analyses related to the Debtors' operations, historical balance sheets, income statements, and cash flow statements;

vi.     Analysis of operational and other liquidity-related impacts from the shutdown and subsequent related or incremental events at various facilities;

vii.    Analysis and benchmarking of various professional retentions and outreach to contacts at various firms;

viii.   Preparation for confirmation hearing testimony and review and analysis of all historical and projected input data for Debtors' financial models, including tracking changes through time and cataloging changes and rationale;

ix.     Develop waterfall of estimated creditor recoveries:  calculate estimated claims pool, various contract lease rejection estimates and cost savings under revised lease arrangements as presented by Debtors;

x.      Comparing illustrative recoveries to unsecured creditors under various reorganization and liquidation scenarios;

xi.     Tracking monthly sales by channel, customer and product for mining facilities;

xii.    Corresponding with the Debtors' professionals regarding financial performance, updates on operations, and business plan initiatives; and

xiii.   Discussing budget and other business and financial results with counsel, committee professionals and within internal team.

6

**B.**   **Case Administration**

**Monthly Fees:  $0.00**                    **Monthly Hours:  0.0**

**Final Fees:  $19,190.50**              **Final Hours:  36.6**

19.     Incorporated within this category is time incurred by Province personnel while performing tasks necessary in the administration of the Debtors' chapter 11 cases that do not fit clearly into other project categories.

20.     Specific services provided by Province during the Final Fee Period include, but are not limited to:

> i.     Reviewing and corresponding among case professionals regarding due diligence requests and general updates to the case;
>
> ii.    Corresponding and coordinating among case professionals to document and discuss outstanding issues in the case;
>
> iii.   Preparing for and participating in various team calls internally and with other committee professionals to discuss and strategize on next steps in the case; and
>
> iv.    Reviewing and corresponding regarding the contents in the data room.

**C.**   **Claims Analysis and Objections**

**Monthly Fees:  $0.00**                    **Monthly Hours:  0.0**

**Final Fees:  $82,191.50**              **Final Hours:  178.8**

21.     Incorporated within this take code is time incurred by Province personnel while performing various functions directly related to the research, review, reconciliation, estimation and analysis of scheduled and potential claims ("Claims") filed and to be filed against the Debtors; in particular:

> i.     Reconciling Debtors' estimated general unsecured claims (emphasis on contract rejection damage claims) with Committee's calculations thereof;
>
> ii.    Creation of claims database based on Debtors' electronic filings and subsequent database clean up and reconciliation;
>
> iii.   Analysis of schedules and other filings to prepare an estimate of potential preference claims;
>
> iv.    Review and analysis of agreements resolving certain large claims per Counsel's request;

7

     v.     Creation of payments database and related clean-up in order to process initial preference claim estimate; and

     vi.    Creation of preference recovery analysis and inputs to overall waterfall analytics.

**D.**     **<u>Committee Activities</u>**

**Monthly Fees:  $5,919.00**     **Monthly Hours:  10.6**

**Final Fees:  $134,062.50**     **Final Hours:  268.5**

22.     Incorporated within this category is time incurred by Province personnel while performing various functions directly related to preparing for, meeting with, and corresponding with the Committee of these chapter 11 cases.

23.     Specific services provided by Province during the Final Fee Period include, but are not limited to:

     i.     Participating in meetings at facilities in Texas and in Oklahoma and at meetings at counsels' offices in NYC;

     ii.    Negotiation with Debtors of other proposed matters;

     iii.    Preparing for and participating calls with the Committee and their counsel on issues related to the bankruptcy proceeding;

     iv.    Research and prepare ad hoc analyses upon counsel's request;

     v.     Preparing summaries of various analyses into presentation materials to be shared with the Committee and their counsel;

     vi.    Conferring with members of the Committee and their counsel directly related to questions and concerns of the Committee; and

     vii.   Conferring with other Province professionals regarding various analyses and issues directly related to questions and concerns of the Committee.

**E.**     **<u>Court Filings</u>**

**Monthly Fees:  $3,777.00**     **Monthly Hours:  7.8**

**Final Fees:  $48,833.00**     **Final Hours:  110.8**

24.     Incorporated within this category is time incurred by Province personnel while performing various functions directly related to evaluating and commenting on the Debtors' motions and orders filed on the docket.

**F.      Court Hearings**

**Monthly Fees:  $19,327.50**          **Monthly Hours:  32.9**

**Final Fees:  $31,009.50**            **Final Hours:  54.8**

25.      Incorporated within this category is time incurred by Province personnel while preparing for and attending hearings of the Debtors.

**G.      Fee / Employment Applications**

**Monthly Fees:  $10,036.50**          **Monthly Hours:  31.5**

**Final Fees:  $33,027.00**            **Final Hours:  82.8**

26.      Incorporated within this task code is time incurred by Province personnel while performing various functions directly related to the employment and fee applications of Province for these chapter 11 cases.

27.      Such functions include, but are not limited to: preparing, finalizing, and corresponding regarding the Retention Application, the Monthly Fee Applications, and this Application.

**H.      Litigation**

**Monthly Fees:  $18,152.50**          **Monthly Hours:  26.5**

**Final Fees:  $62,829.50**            **Final Hours:  92.5**

28.      Incorporated within this task code is time incurred by Province personnel while performing various functions directly related to: (i) meetings with counsel and assisting committee counsel in preparing for potential objections to court filings in these chapter 11 cases and (ii) reviewing document production from the Debtors and other related parties with respect to potential causes of action.

      i.     Review, analysis and preparation of data and files to be submitted pursuant to production requests;

      ii.    Review and commentary of Debtor-side production;

iii.     Research, analysis and creation of outputs for counsel and for fact witness to be used at preparation meetings for deposition and at the deposition;

iv.     Review and analysis of relevant complaints, rebuttal reports and other court filings; and

v.     Participation in deposition(s) and other litigation-related activities on behalf of the Committee.

## I.     <u>Plan and Disclosure Statement</u>

**Monthly Fees:  $9,320.00**         **Monthly Hours:  18.7**

**Final Fees:  $72,844.00**         **Final Hours:  126.9**

29.     Incorporated within this task code is time incurred by Province personnel while performing various functions directly related to review and analysis of the Debtors' plan and disclosure statement, including exhibits and supplements thereto including, but are not limited to:

i.     Analysis of RSA and various economic inputs to plan of reorganization, including in-depth review of initial projection model and tax-related issues originating from corporate actions related to acquisitions, de novo facilities and dispositions, various equity and debt raises and proposed treatment of such claims under the POR;

ii.     Analyses of Debtor-side objections, research pursuant to counsel requests and creation of analyses and factual rebuttals;

iii.     Review and analysis of aspects of business plans relevant to DS supplementation and objections;

iv.     Analysis of historical financial information and other model and valuation related materials in preparation for confirmation hearing;

v.     Review and analysis of posted equity research reports and other value- and operational-support documents in the data room; and

vi.     Analysis of related declarations in support of or objecting to UCC's position re: plan of reorganization and disclosure statement.

## J.     <u>Tax Issues</u>

**Monthly Fees:  $0.00**         **Monthly Hours:  0.0**

**Final Fees:  $1,378.00**         **Final Hours:  2.1**

30.    Incorporated within this task category is time incurred by Province personnel while attending a working dinner with a tax professional to discuss MLP and contribution/distribution issues.

**K.    Financing Activities**

**Monthly Fees:  $0.00**           **Monthly Hours:  0.0**

**Final Fees:  $19,504.50**        **Final Hours:  29.3**

31.    Incorporated within this task code is time incurred by Province personnel while performing various functions directly related to analyzing the Debtors' DIP financing, including a review of comparable DIP facilities, analysis of proposed terms, review of filings related to the Debtors' DIP motion, and analysis of potential replacement and exit financing.

**L.    Sale Process**

**Monthly Fees:  $0.00**           **Monthly Hours:  0.0**

**Final Fees:  $2,055.00**         **Final Hours:  3.0**

32.    Incorporated within this category is time incurred by Province personnel while performing various functions directly related to the proposed pre-petition sale of the Debtors' assets, including participating in calls with the Debtors and their investment banker and evaluating outreach to investors performed by the Debtors' professionals.

**M.    Insurance**

**Monthly Fees:  $4,236.50**       **Monthly Hours:  6.5**

**Final Fees:  $136,570.00**       **Final Hours:  245.4**

33.    Incorporated within this category is time incurred by Province personnel while performing various functions directly related to the Debtors insurance claims.

11

Province began its analysis of costs incurred as a result of facility shutdowns and an initial review of claims under the Debtors' business interruption policies:

i. Various discussions and meetings with Debtor management and advisors to understand scope of loss and related topics;

ii. Review of all policies, certificates and other data to familiarize the team with terms and conditions of coverage;

iii. Review and analysis of initial Debtor loss estimates and insurance claim model;

iv. Reconcile revenue and cost assumptions with Debtors' pre- and post-breach models;

v. Creation of revised insurance claim model and attendant operational and financial research in support of augmented claims;

vi. Various discussions with Committee counsel and Miller Buckfire re: nature of Debtors' claims and our augmentation analytics; and

vii. Research and creation of other analytics and memos upon counsel's request.

**N.    Travel Time**

**Monthly Fees:  $9,495.75**          **Monthly Hours:  31.9**

**Final Fees:  $66,327.50**          **Final Hours:  209.8**

34.    This task code includes non-working travel time incurred in connection with travel to and from Delaware for various court hearings and travel to and from the various site visits, litigation-related and professionals' meetings in NYC.  Province reduced fifty percent (50%) of all the billings its professionals incurred for non-working travel time.

### ACTUAL AND NECESSARY EXPENSES

35.    It is Province's policy to charge its clients for identifiable, non-overhead expenses incurred regarding the client's case that would not have been incurred except regarding the representation of that particular client.  It is also Province's policy to charge its clients only the amount actually incurred by Province regarding such items.  Such charges would include industry or company specific research as requested by counsel.  Examples of expenses are described below.  Province **does not** charge for telephone calls

12

(except the cost of specifically identified conference call charges), faxes, and other administrative expenses. The policies employed by Province for seeking reimbursement for out-of-pocket travel expenses are as follows:

i. **Airfare/Train** – Costs incurred by Province professionals when traveling by air or train to/from other cities on behalf of the Committee are incorporated into this Application;

ii. **Ground Transportation** – Expenses incurred by Province professionals for local transportation while outside of their home cities (on matters related to these chapter 11 cases) are incorporated into this Application. Such costs consist primarily of taxi-cab fares incurred by Province personnel while traveling. Also incorporated within this category are expenses incurred by Province professionals regarding traveling to/from airports and parking at airports while traveling out-of-town on client matters;

iii. **Lodging** – Costs incurred by Province professionals for lodging while traveling on behalf of the Committee (on matters related to these chapter 11 cases) are incorporated into this Application;

iv. **Meals** – Costs incurred by Province professionals for meals while traveling outside of their home cities or for working lunch meetings (on matters related to these chapter 11 cases) are incorporated into this Application; and

v. **Miscellaneous** – Costs incurred by Province professionals for various charges including in-flight Wi-Fi, supplies, and financial research.

## SUMMARY OF FEES AND EXPENSES FOR THE MONTHLY PERIOD

36. The Application covers Province's fees and expenses incurred during the Fourth Monthly Fee Period. The fees incurred total $109,029.75 and the expenses incurred total $4,913.41. These fees and expenses are consistent with Province's arrangement with the Committee and the terms of the Retention Order. Province respectfully submits that if necessary, a consideration of these factors would result in this Court's allowance of the full compensation requested.

37. *Time and expertise required.* Province's professional services on behalf of the Committee have required 221.5 hours of professional time in this Fourth Monthly Fee Period. Province has staffed this case efficiently. Where work could be performed by

professionals with lower rates, Province used such professionals to perform the assignments. A significant amount of the services rendered required a high degree of professional competence and expertise. For those services, Province used senior professionals in the interest of staffing the case efficiently.

38. *Time limitation imposed by these cases*. The Committee was required to understand a large volume of information in a very short time related to the financing, operational stoppages, and proposed pre-packaged confirmation plan of the Debtors.

39. *The difficulty of questions*. Unique and complex issues arose during the Fourth Monthly Fee Period. Province has advised the Committee and its counsel regarding these issues.

40. *The skill required to perform the financial advisory services properly*. These bankruptcy cases address issues which raise complex questions. The cases require a high level of skill and expertise to efficiently and accurately analyze the economic effects of the various shutdown-related impacts and the proposed reorganization plan of the Debtors and to accurately forecast the performance of the Debtors during these chapter 11 proceedings, among other things.

41. *The amount involved and results obtained*. Province has been prudent in the amount of time incurred on various tasks and believes its efforts benefited the Committee and these cases.

42. *The preclusion of other employment by the Applicant due to acceptance of the cases*. Province is not aware of any other employment precluded by acceptance of these cases; however, Province professionals providing services to the Committee were not available to service other clients at their customary rates.

14

43.    *The fee*.  Pursuant to the terms of the Retention Order, Province will bill at their standard hourly rates.

44.    *Whether the fee is fixed or contingent*.  Province's fees are fixed, not dependent on the outcome of these cases; however pursuant to Bankruptcy Code sections 330 and 331, all fees sought by professional retained under sections 327 or 1103 of the Bankruptcy Code are contingent pending final approval by the Court.

45.    *The experience, reputation, and ability of Province*.  Province's professionals engaged in this case have also worked in several large bankruptcy cases. Province currently or has provided financial advisory services to the unsecured creditors' committees in the Chapter 11 cases of Destination Maternity, Purdue Pharma, Achaogen, Insys Therapeutics, Aegerion Pharmaceuticals, Pernix Therapeutics, Promise Healthcare, Patriot National, Payless Shoes, Gymboree, Taco Bueno, Papa Gino's, Brookstone Holdings Corp., Nine West Holdings, Inc., Fresh & Easy, Claire's Stores, Inc., Heritage Home Group, LLC, Aerosoles, Performance Sports Group, The Rockport Company, LLC, and Toy "R" Us Property Company I, LLC, and Province personnel have served or are currently serving as trustee in numerous high profile bankruptcies such as Samson Resources, Core Media, Fleetwood, La Paloma Generating,  RadioShack, Rentech, American Apparel and Exide Technologies.

## **CONCLUSION**

46.    It is respectfully submitted that the amount requested by Province is fair and reasonable given (a) the complexity of the issues presented, (b) the time and labor required, (c) the skill necessary to perform the financial advisory services, (d) the preclusion of other employment, and (e) the customary fees charged to clients in bankruptcy and non-bankruptcy situations.

15

WHEREFORE, Province respectfully requests (i) approval of compensation in the amount of $109,029.75 and reimbursement of actual and necessary expenses in the amount of $4,913.41 for a total allowance of $113,943.16 for the Fourth Monthly Fee Period; (ii) approval of final compensation in the amount of $1,431,733.50 and final reimbursement of actual and necessary expenses in the amount of $36,256.83 for a total final allowance of $1,467,990.33 for the Final Fee Period; and (iii) such other and further relief as this Court may deem just and proper.

Dated: February 3, 2020

PROVINCE, INC.

By: */s/ Edward Kim*
      Edward Kim, Managing Director
      2360 Corporate Circle, Suite 330
      Henderson, NV 89074
      Telephone: 702.685.5555
      Facsimile:  702.685.5556
      Email: ekim@provincefirm.com

      *Financial Advisor to the Official Committee of Unsecured Creditors*