**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 19-11563 (KBO) |
| EMERGE ENERGY SERVICES LP, *et al.*,[1] | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Hearing Date:  March 19, 2020 at 10:00 a.m. (ET)** |
| | ) | |
| | ) | **Re:  Docket No. 776** |
| | ) | |

**SUPPLEMENT TO COMBINED FIFTH MONTHLY AND FINAL APPLICATION OF
POTTER ANDERSON & CORROON LLP FOR COMPENSATION FOR SERVICES
RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS DELAWARE
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
EMERGE ENERGY SERVICES LP, *ET AL*., FOR THE (I) MONTHLY PERIOD
DECEMBER 1, 2019 THROUGH DECEMBER 20, 2019 AND THE (II) FINAL PERIOD
JULY 30, 2019 THROUGH DECEMBER 20, 2019**

The law firm of Potter Anderson & Corroon LLP ("Potter Anderson"), as Delaware counsel

to the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11

case of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby

submits this supplement (the "Fee Supplement") to the *Combined Fifth Monthly and Final*

*Application of Potter Anderson & Corroon LLP for Compensation for Services Rendered and for*

*Reimbursement of Expenses as Delaware Counsel to the Official Committee of Unsecured*

*Creditors of Emerge Energy Services LP, et al., for the (I) Monthly Period December 1, 2019*

*through December 20, 2019 and the (II) Final Period July 30, 2019 through December 20, 2019*

[Docket No. 776] (the "Final Fee Application")[2] for the period December 21, 2019 through and

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number,
are: Emerge Energy Services LP (2937), Emerge Energy Services GP LLC (4683), Emerge Energy Services Operating
LLC (2511), Superior Silica Sands LLC (9889), and Emerge Energy Services Finance Corporation (9875). The
Debtors' address is 5600 Clearfork Main Street, Suite 400, Fort Worth, Texas 76109.
[2]     Capitalized terms used but not otherwise defined herein shall assume the meanings ascribed to such terms
in the Final Fee Application.

IMPAC 6581719v.1

including February 29, 2020 (the "Supplemental Fee Period"), and respectfully represents as follows:

1.    As noted in the Final Fee Application, Potter Anderson reserved its rights to supplement the Final Fee Application for fees and expenses incurred in connection with the preparation of final fee applications and attendance at any hearing regarding the same. *See, e.g.*, Final Fee Application at 2 n.2. Accordingly, Potter Anderson files this fee supplement consistent therewith.

2.    Potter Anderson has incurred $12,487.50 in fees and $444.40 in expenses during the Supplemental Fee Period. Attached hereto as **Exhibit A** is a detailed statement of fees incurred during the Supplemental Fee Period showing the amount of $12,487.50 due for fees.

3.    The services rendered by Potter Anderson during the Supplemental Fee Period are grouped into the categories set forth on **Exhibit A**. The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachment hereto.

4.    Attached hereto as **Exhibit B** is a detailed statement of expenses paid during the Supplemental Fee Period in the amount of $444.40. This disbursement sum is broken down into categories of charges, including, among other things, copies, color copies, postage, legal research, pacer electronic charges, miscellaneous court costs, long distance telephone calls, delivery and runner services, outside copy and reproduction costs, court reporter fees, transportation, parking and meals. A complete review by category of the expenses incurred for the Supplemental Fee Period may be found attached hereto as **Exhibit B**. To the extent such itemization is insufficient to satisfy the requirements of Rule 2016-2(e)(ii) of the Local Rules of Bankruptcy Practice and

Procedure for the United States Bankruptcy Court for the District of Delaware, Potter Anderson respectfully requests that the Court waive strict compliance with such Local Rule.

5.    Potter Anderson believes that the time entries listed in **Exhibit A** attached hereto and the expense breakdown set forth in **Exhibit B** hereto are in compliance with the requirements of Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware.

WHEREFORE, Potter Anderson requests that the Court enter an order approving the following:[3]

(i)    Final allowance in the sum of $468,613.00 as compensation for necessary professional services rendered to Potter Anderson for the Final Fee Period, and the sum of $31,842.76 for reimbursement of actual necessary costs and expenses incurred during that period;

(ii)    Final allowance in the sum of $12,487.50 as compensation for necessary professional services rendered to Potter Anderson for the Supplemental Fee Period, and the sum of $444.40 for reimbursement of actual and necessary costs and expenses incurred during the period.

(iii)    Such other relief as this Court may deem just and proper.

---

[3]    As of the date hereof, Potter Anderson has not received any responses or objections to its Final Fee Application.

3

Dated:  March 5, 2020            **POTTER ANDERSON & CORROON LLP**
   Wilmington, Delaware

*/s/ Aaron H. Stulman*
Jeremy W. Ryan (DE Bar No. 4057)
Christopher M. Samis (DE Bar No. 4909)
L. Katherine Good (DE Bar No. 5101)
Aaron H. Stulman (DE Bar No. 5807)
D. Ryan Slaugh (DE Bar No. 6325)
1313 North Market Street, Sixth Floor
Wilmington, DE  19801
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192
Email: jryan@potteranderson.com
   csamis@potteranderson.com
   kgood@potteranderson.com
   astulman@potteranderson.com
   rslaugh@potteranderson.com

*Counsel to the Official Committee of Unsecured Creditors
of Emerge Energy Services LP, et al.*

4

IMPAC 6581719v.1

**VERIFICATION**

STATE OF DELAWARE    )

                       )      SS:

NEW CASTLE COUNTY    )

Jeremy W. Ryan, Esquire, after being duly sworn according to law, hereby deposes and says:

1.      I am an attorney admitted to practice in the State of Delaware and before this Court, and a Partner in the law firm of Potter Anderson & Corroon LLP ("Potter Anderson"). Potter Anderson is a Delaware law firm with an office located at 1313 N. Market Street, 6th Floor, Wilmington, Delaware 19801.

2.      I make this certification regarding the *Supplement to the Combined Fifth Monthly and Final Application of Potter Anderson & Corroon LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Delaware Counsel to the Official Committee of Unsecured Creditors of Emerge Energy Services LP, et al., for the (I) Monthly Period December 1, 2019 through December 20, 2019 and the (II) Final Period July 30, 2019 through December 20, 2019* (the "Fee Supplement").

3.      I have reviewed the Fee Supplement and am familiar with the work performed on behalf of the lawyers and paraprofessionals at Potter Anderson.

4.      The facts set forth in the foregoing Fee Supplement are true and correct to the best of my knowledge and belief.

/s/ Jeremy W. Ryan

Jeremy W. Ryan

1

IMPAC 6581719v.1