#### IN THE UNITED STATES BANKRUPTCY COURT
#### FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| EMERGE ENERGY SERVICES LP, | : | Case No. 19-11563 (KBO) |
| | : | |
| Reorganized Debtor. | : | |
| | : | |

------------------------------------------------------------ x

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date in the above-captioned chapter 11 case:

| **Date & Time** | **Location** |
|---|---|
| February 24, 2022 at 2:00 p.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 6th Floor, Courtroom 3<br>Wilmington, Delaware 19801 |

**Dated: February 1st, 2022**
**Wilmington, Delaware**

*Ka B. O.*
**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

RLF1 26782321v.1